AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
9TH WESTERN DISTRICT federal COURT

)
)
)
MEREDITH MCGLOWN )
_____ )
Plaintiff(s) )
v. ) Civil Action No.
)
)
)
ASIA/CHINA, TRIAD CHANG YI-PING, )
Dictator _____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
XIAO-JIE, State Councilor
1450 Laguna Street
San Francisco, CA 94115
(415) 674-2900

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

JAN 30 2023   MV

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: AL AHMADAYYIA Foundation Group, LLC. DBA KHALIFA's Essential CHOICES, Inc. C/O Meredith MCGlown 1205 THOMAS St. Unit E 27 Seattle, WA 98109-5959
(206) 223-4993 (Business) (206) 373-1549 (cell phone)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____           _____
                               *Signature of Clerk or Deputy Clerk*