WAWD – Certificate of Services (Revised 3/2021)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MEREDITH McGlown

Plaintiff(s),

v.

ASIA, China, Triad Chang
XI PING, Dictator

Defendant(s).

CASE NO.

CERTIFICATE OF SERVICE

I hereby certify that on 01/19/2023, I physically filed the foregoing with the Clerk of the Court using WALK IN SERVICE which will send notification of such filing to the following: US Marshals Office & 9Th federal WESTERN Court to be served TO XI-PING, Dictator of the the Chinese Embassy & ASIAN Triad Dynasty.

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Dated:

_____
(Sign or use a "s/" and your name

_____
Name, Address and Phone Number of Counsel or Pro Se