**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**


RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

February 1, 2023

Meredith McGlown
1205 THOMAS STREET
UNIT E27
SEATTLE, WA 98109–5959


Your civil action, *McGlown v. Asia People's Republic et al*, was filed in the United States District Court – Western District of Washington on January 30, 2023.

The case has been assigned to District Court Judge Tana Lin, case number **2:23–cv–00153–TL**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

> **Redaction**
> The Exhibit contains personal identifiers that must be redacted per <u>Federal Rule of Civil Procedure 5.2(a)</u> and <u>Local Rule of Civil Procedure 5.2</u> and has been sealed. You must refile a **redacted** version of the document. This will not affect your original filing date. Enclosed is the document/pages that need redaction.

> **Incorrect IFP Submitted**
> The incorrect Application for In Forma Pauperis (IFP) was submitted. Please complete the enclosed IFP form and return it to the Court. The correct IFP Application must be submitted by **3/3/2023**.


The deficiencies must be corrected by the listed deadline(s). Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.


cc: file