UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN,<br><br>                Plaintiff,<br><br>  v.<br><br>ASIA, CHINA, TRIAD CHANG, I-DING DICTATOR,<br><br>                Defendants. | CASE NO. 2:23-cv-00153-TL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to District Judge Tana Lin.

DATED this 8th day of February, 2023.

                                                                    BRIAN A. TSUCHIDA
                                                                    United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1