# UNITED STATES DISTRICT COURT
for the

____9Th____ District of __Seattle__

__Federal__ Division

MEREDITH MCGLOWN
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ASIA, CHINA, TRIAD Chang, XI-PING
Dictator
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **2:23-cv-00153-TL**
*(to be filled in by the Clerk's Office)*

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

JAN 30 2023   MV

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## COMPLAINT TO REQUIRE PERFORMANCE
## OF A CONTRACT TO CONVEY REAL PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MEREDITH MCGLOWN
   Street Address: 1205 THOMAS Street Unit E27
   City and County: Seattle, King
   State and Zip Code: Washington 98109-5959
   Telephone Number: (206) 223-4993 (business) / (206) 373-1549 (cellphone)
   E-mail Address: ADAMSONMEREDITH@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**
- Name: ASIA People's Republic
- Job or Title (if known):
- Street Address: 1450 Laguna Street
- City and County: San Francisco
- State and Zip Code: California 94115
- Telephone Number: (415) 674-2900
- E-mail Address (if known):

**Defendant No. 2**
- Name: China People Republic
- Job or Title (if known):
- Street Address: 1450 Laguna Street
- City and County: San Francisco
- State and Zip Code: California 94115
- Telephone Number: (415) 674-2900
- E-mail Address (if known):

**Defendant No. 3**
- Name: Triad Chang
- Job or Title (if known):
- Street Address: 1450 Laguna Street
- City and County: San Francisco
- State and Zip Code: California 94115
- Telephone Number: (415) 674-2900
- E-mail Address (if known):

**Defendant No. 4**
- Name: XI-PING
- Job or Title (if known): Dictator of China
- Street Address: 1450 Laguna Street
- City and County: San Francisco
- State and Zip Code: California 94115
- Telephone Number: (415) 674-2900
- E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, (name) _____, is a citizen of the State of (name) _____.

2. If the plaintiff is a corporation

    The plaintiff, (name) __MEREDITH MCGLOWN__, is incorporated under the laws of the State of (name) __WASHINGTON__, and has its principal place of business in the State of (name) __WASHINGTON__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) __ASIA, CHINA, TRIAD CHANG, XI-PING Dictator__, is a citizen of the State of (name) __Washington / California__. Or is a citizen of (foreign nation) __ASIA / CHINA / TRIAD Chang Territory__

2. If the defendant is a corporation

    The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
    Or is incorporated under the laws of (foreign nation) _____,
    and has its principal place of business in (name) _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

The defendant owes the plaintiff an excess of 12illion dollars, US Currency

## III. Statement of Claim

A. Describe the real property owned by the defendant(s) that is the subject of this complaint. Include the address or location of the property.

The Defendant owns several prospectus Actuary cash Indexes, restaurants, homes and Minerals.

B. Describe the terms of the contract you entered into with the defendant(s) to purchase the real property at issue. Attach the contract as an exhibit.

1. When did you enter into the contract with the defendant(s)?

The Defendant has been in contract with the plaintiff Since 1990.

2. What is the purchase price you agreed to pay?

We agreed under Medimmune Contract of foreign Actuary for the repayment of loans + the compensation for sabbotagement of business.

3. Describe your obligations under the contract. Include any terms regarding required deposits.

Under the Medimmune Contract we were to remain criminal free, divide our Assets, be housed and to secure any joint Assets within the Nation of America.

4. Describe the defendant(s)' obligations under the contract, including the obligation to convey the real property at issue.

The Defendant was to pay for Assessment, Appraisal and Land parcels then to file them and to place all Asian property owned by the plaintiff in her trust account. To upload the new software of Immunology for life support for her + their families with the Department of Defense of Israel, Iran, India, Asia + the United States.

C. Describe when and how you complied with, or attempted to comply with, all of your obligations under the contract, including payment of the purchase price. If you have not complied with all of your obligations under the contract, explain how you are ready and able to comply with those obligations.

The Defendant was paid 1 million dollars in advance for the work through my Computershares Corporation. I complied with my agreement and the Defendant did not comply with theirs.

D. Describe when and how you requested that the defendant(s) convey the real property at issue and when and how the defendant(s) refused to do so. Attach copies of any correspondence with the defendant(s).

I informed the Defendant once I was secure that I would contact him.

IV. **Relief**

What is your requested form of relief? *(check all that apply)*

☐ Specific performance of the contract. *(Explain why specific performance is the only adequate remedy and why damages would not suffice.)*

☒ Damages sustained as a result of the defendant(s)' refusal to comply with the contract. *(Describe the damages you are requesting.)*

Damages are in excess of 1 Zillion but the plaintiff is requesting the 1 Zillion plus the 1 Million for a job incomplete, breach of contract and sabbotaging the future indexes of the plaintiff on the SEC NASDAQ Broker Trading Corporation.

☐        If specific performance cannot be granted, damages in the amount of $ _____

         *(Describe the damages you are requesting.)*

☒        Other relief.

THE plaintiff is also requesting that Commissions belonging to the plaintiff's Trust be returned to the plaintiff.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     _____
Printed Name of Plaintiff  _____

### B.    For Attorneys

Date of signing: 01/26/2023

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

| | |
|---|---|
| Signature of Attorney | *Meredith McGlown* |
| Printed Name of Attorney | MEREDITH McGLOWN |
| Bar Number | 650564 |
| Name of Law Firm | Meredith McGlown, APPL. |
| Street Address | 1205 THOMAS St. #E27 |
| State and Zip Code | Washington 98109-5959 |
| Telephone Number | (206)283-4993 (business) / (206) 373-1549 (cell) |
| E-mail Address | ADAMSONMeredith@gmail.com |