# United States District Court
## for the 9th Western District of Washington

Meredith Mcglown

CEEO/EOI of Al Ahmadayyia

Foundation Group, LLC., Plaintiff

Vs.

Asia, China, & Triad Chang, Dictator XI-PING.

Defendant

```
____FILED    ____ENTERED
____LODGED   ____RECEIVED

FEB 13 2023   JC

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

Case No: 23- CV- 00153 -TL

## Motion for conflict of interest in a civil matter concerning an appointed seat

The plaintiff, Meredith McGlown and attorney for the plaintiff, registered WA Bar # 650564 for Israel is filing this motion due to an assigned seat already being appointed to another matter in the Federal District Court. The assigned magistrate is Tana Lin. Your Honor is assigned to case 23-cv-00049TL, with the plaintiff already and the plaintiff feels it would be an conflict of interest if the Magistrate handles this matter since the matter is an international matter involving the country of origin of the magistrate according to the last name of the magistrate. It has been in the courts before with the origin of the magistrate and tampering has been filed and in order to have a just presentation, I would like the court to assign the matter to another Judge.

The country of origin is on trial for espionage, the overthrow of this country, and rerouting the Merchant Retail Accounts of the business owner after an contractual agreement called an Medimmune and Blakely Order, assigned by the Calcitrant that dates back to the early 1990's, and in order to represent my side of the story without prejudice in the matter I would like for the courts to consider the nature of the case and the charges of breach with an overthrow of the democracy of the country before it is assigned this case. According to the notice I received in the

# United States District Court
## for the 9th Western District of Washington

mail on 02/01/2023, the courts are redacted already and this matter has been in the courts since 2016. The plaintiff also needs the order of the initial filing in writing.

Thank you

CC: Meredith Mcglown

*Meredith McGlown* (signature)