# United States 9Th Western Division of Seattle, Washington

Meredith McGlown, Plaintiff

Vs

Asia, China,

Triad Chang

XI-PING, Dictator, Defendant

____ FILED   ____ ENTERED
____ LODGED  ____ RECEIVED

APR 1 2 2023   CR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Case No.: 23-CV-00153-JNW

## Motion For Evidentiary Hearing

Attorney for the Plaintiff on record is Meredith McGlown WA bar # 650564 for Israel. The Plaintiff has an order per precedence to get her business affairs in order, secure an financial account of instrument for the disbursement of her funds from her trust account, from the 9th Division Northwestern Court of US Appeals in San Francisco, California. Order of Precedence No.:8924 DE, issued 12/19/2022. Receipt number 16a/137543. Accessions Number I-402600434380. Asia was ordered to pay the plaintiff, in Ascension Number 1432600434380, $256 Trillion dollars + 98.05%. They had that in US cash in their Federal Reserve Bank on 12/19/2022. This was an reissue because the first issuance was never disbursed. Check number 502123456, was instead deposited in Koreas bank account but it did not have an Federal Secretariat signature on it and they had to give it back.

The plaintiff has physical evidence of the bonds granted to the plaintiff being used to extort the US Courts and the actual denial of the deposits into the bank account of the plaintiff by the defendant at her branches. The defendants are not allowed in this restricted area because they tried to access her water space vessels which are located on restricted government premises.

The plaintiff would like to have an evidentiary hearing per Medimmune of the Department of Defense because the defendant is facing the Death Penalty for espionage against the United States Actuary Land Acquisitions.

1

# United States 9Th Western Division of Seattle, Washington

The plaintiff would like to present the actual documents given to her, submit evidence of tax warrants against the nation of China and would like to present factual evidence. The clerks have refused the actual submission of cd evidence therefore it is necessary that she submits paper evidence to the courts before an order is decided upon. The evidence I am submitting shows that the Plaintiff has equity in Asia, China and that the Triad Chang Community did exist and still exist. The defendant is accused of doing Biotech Research on patients without their consent and the following evidence will conclude that they were not the Emirates of China or Israel, but was in fact acting on the behalf of an organization called Falon Hoang. Falon Hoang is pictured as Al Gore being an Methodist healer of their community. He was convicted for demarcation of the domicile of currency of China, enslavement, practicing medicine without an license and extortion of a people from Asia.

This organization was caught raping children and extracting their eggs from their ovaries in an unhygenic facility in their assigned regional area. The Emirates of Israel, the plaintiff went to the UN Board of Council and reported them.

They had a previous case from the 90's where their Actuary at the time was convicted of molesting her brother after an attempt to buy her. They were the ones behind the black screen that the authorities received video footage of and they were the ones who were asking for Commerce untraceable shares for the safe return of the children.

They were also the ones who blind folded them and were using an telescope to view them up close. Notating their exact features for reference to the parents of the children. The Principal Owner was an investor who had a prominent business in the region for an contract of labor in exchange for a new living condition and a more better health care facility.

The Plaintiff filed an clause of Effect against those who knew her from the past and were trying to destroy her relationship with China in the US. The investor of those Distribution Centers that made prosthetic limbs and other devices for the country and investors was the Emirate herself. She pulled out of the country after the discovery of the operation was still under way. She had been victimized by

## United States 9Th Western Division of Seattle, Washington

them and had been to court and had an Medimmune drawn when she returned to the country. She was victimized when an overthrow of governance from the rebels took place. She did not land her spaceship on the land but transported through the devices in her vessel and partook of the business endeavors of helping the communities. She was well aware of the case at the time and had actually finished her Doctorate before returning to help the communities. She seen an financial gain and an opportunity to give back to the under privilege of an dictatorship of Governance.

The Senior Chair of the Department of Commerce of China, XI Ching knows the history he has with the Emirates and has tried to do everything possible to keep her as an business partner. His community has become unhealthy and the level of crimes that they are accused of has been evident before the court. His family members even threatened him and had him imprisoned. The Principal Holder of Africa Mr. Eli Mohammad of the People's Republic of the Commonwealth of Africa, has asked for those who are responsible to return the actuaries and commissioned licensures of the Plaintiff. The People of Africa helped in the assault against American Presidents, and they were caught here committing those acts. They also tried to enter the land acquisitions of others form AN catheter entry and became ill. To this day the outbreak that Africa's UN has asked for the assistance of the world for is recorded on the principal owner's prospectus as an Research Project that she helped to bring the children back into a state of awareness from. The children were exposed to malaria, did not respond well to monoclonas, received AZN immunizations, CAT scans and MEDI care., the primary investor was the principal holder of Al Ahmadayyia Foundation Group, LLC DBA Khalifa's Essential Choices, Inc. and is the principal owner of the prospectus share that the Asian community hired the African Requiem, an rebel group to take from the plaintiff.

Her company does Disease Area Expertise, Target Identification, Global Marketing and Customer Insight. When the plaintiff refused to sell an aspect of her corporations the South American & African Rebel groups came here and assaulted her. She is the Co-Founder of MedImmune, Bio Pharma, Medi-528, and Cat 354. The research that LIN MIN proceeded to do on the people of Africa & China

3

# United States 9Th Western Division of Seattle, Washington

caused deformation growths and retardation. The Principal Owner of Asia has Leukemia, Lymphatic Leukemia and does not combine with T-cells of Asia. An medical conclusionary report from an Disease Control Facility or Fourth Generational Testing will find this to be true. The AstraZeneca index was an future index that the Asian community removed from the Nasdaq indexes and revoked the registered Commission of the business partner of the plaintiff when he would not sell his share of the corporation. The listing clearly states that it was not for sale but for the viewing of the principal holder/investors of the corporations. The plaintiff had liquidated those shares that were on the index of China's Indexes and on the indexes of American Standard Indexes after her contract was over. She had all legality to liquidate, she also had all legality to have her shares archived until she returned to a safe area after the rebelling of the people. She did not have to disclose what her future business endeavors were to the dictator or any other person from China or the north pacific Islanders. She is an free agent.

The following documents are in this motion:

1. The bond of insurance from China, renewed but the inclusion is that China is not on the policy nor insured under it. 2 pages
2. Prospectus of Medimmune Share term note. 27 pages
3. Prospectus of AstraZeneca PLC. 2 pages
4. Prospectus of Astrazeneca PLC & Black Rock,Inc. 5 pages
5. Prospectus of AstraZeneca Biophrmaceuticals,Inc. 1 page
6. Prospectus of Quhuo Limited. 1 page
7. Prospectus of Toast,Inc. 1 page
8. Prospectus of ONO Pharmaceutical Co,LTD. 2 pages
9. Prospectus of ONO Pharmaceutical Co, LTD. 7 pages
10. Prospectus of Chugai Pharmaceutical Co.,LTD./ ADR 1 page
11. Prospectus of Roche Holding LTD/ FL 1 page
12. Prospectus of Uranium Royalty Corp 1 page
13. Prospectus of Beryllium, LLC 2 pages
14. Prospectus of Braskem 2 pages
15. Documentation of Jane Tsai aka Tsua 1 page
16. Documentation of Prospectus of Dominick's Supermarket 1 page

# United States 9Th Western Division of Seattle, Washington

17. Filed case of Deborah Peterson vs. Islamic Bank of Iran

The plaintiff has Coverdell ESA IRA Roth & Mutual Fund I Shares 20 Plus Treasury Bonds that were liquidated due to maturity. The reference # for the releasure is 2016-AH-00035 on 04/11/2016 & Ref: 2011-AH-0194 on 01/06/2012. The plaintiff also had JP Morgan Core Bond 529 Port AG-Share Class 529 AG(JPBAX) & JPMorgan US Treasury Income Fund (EMB) that was not deposited into her Chase Business or her Personal Checking account. TDAmeritrade Account# 7404851755, E*TRADE Futures Account 7616-9516, and the E*TRADE Individual Account # 52103552, was accessed by the defendant after the Plaintiff arrived from Sacramento, California. Once the funds was transferred into the account, the brokers were being terrorized and claim the funds were not there. The Plaintiff was an Nasdaq trader and so was the defendant.

The Defendant realized the plaintiff was liquidating out of their countries shares and that would make them seem less valuable in the public eye, after all China had been am Icon in the financial world for at least 10 years.

The Israeli Emirates would cash out at the Dollar Exchange Center in Tranches. The country of China was depositing Tranches and the records show that they came from an business investor from Israel, named Meredith Mcglown.

The Chinese Economy uses Yen's not Tranches. Meiwu Technology Co, Ltd. CIK # 0001787803, Coupang, Inc. CIK # 0001834584, Ding Dong (Cayman), LTD., CIK 0001854545, Ozon Holdings PLC CIK# 1822829, Aspire Japan, Inc. CIK # 0001317838, China Renyuan International, Inc. CIK # 0001291047, Baozon, Inc., CIK #001625414, Nhale, Inc. CIK #0001552979, and WINHA International Group,LTD. CIK# 0001584057 are all registered to Meredith Mcglown not the Foundation that she owns but to her herself from her trust account.

The defendant also breached Agreement B of the Ministry of Defense Program she offered them and tried to sign with NARMS, which is an Defense Intelligence Program Contract that she has. In the agreement which is at the Intelligence Office of the Pentagon, and I would like to subpoena them, is the audit expenses,

5

# United States 9Th Western Division of Seattle, Washington

computer systems logo's of Asia, an J-15 m Tranche, the original currency I printed and the some telefacsimile of an old Agreement M, that they use to be contracted under.

This is all registered under the Dept. of Foreign Asset Control, Policy number 24157503. Voice command activated systems were accessed from this location not their location nor their previous location. Polite testing of incremental shares was done first from the Treasury Department then large amounts to be deposited into their bank accounts. They had the shares liquidated after stealing them from the Treasury Retail Services Agency. This agency handles the T-Bill shares that are future indexes not the Treasury Office, but the Treasury Office is the one that deposits the funds into the accounts of the Principal Holders. America's T-bill Future Indices are listed to be printed but not placed on the index for buying so the number system was used to get them and since there was no alert from them to be removed for liquidation the funds were deposited. Those funds were then moved from Asia's Chase corporate account of the Secretary of State of Financial Asseture to the Korean Bank of HSBC, where FinCen recovered the sequenced number and confiscated the funds. This left Korea in an bad position and the Pacific Northwest Ameriasia Commissioner was left holding an empty account that could not secure it's investing contract it had made with another nation in hopes that the funds would be in the account.

The materials were already delivered but the Pacific Northwest Ameriasia Commissioner did not have the money to replace the used materials. The country was doing an stemcell research project in Korea.

Genetyping bonding materials were necessary for the Korean Country to prove they qualified for the medical contract that Governments were offering at the UN.

This was not unusual, medical discovery is something that all nations participate in after an onboard Course of specialty. The defendant wrote an program to erase the pointer on the computer and then used 3d movie glasses to view the pointer after it it's next session with the Treasury Department of the United States , it uses it's commissioned ID's and the seminars to get the website's URL then some how goes back in the system and is able to move around until it has access to what they

# United States 9Th Western Division of Seattle, Washington

are looking for. Espionage is something that uses a differential technique when trying to view another's computer, remote access is another way in which they try to reenter the terminals.

I was accused of being their business partner in espionage and was cleared but I am an old investor and after finding out their ultimate goal of enslavement of the people of America I started to pull out of those investments but had to wait until my onboard contract was over so that I would not lose money, have my businesses damaged and this happened anyway. So much for being an Patriot of America. Now I must go through all this legality because they hit my business corporations here not in Korea where they needed me or in Taiwan where I had Distribution Centers. Thank you for reviewing the material.