# US District Court
## United States District Court for the Western District of Washington (Seattle)

Meredith McGlown, Plaintiff

Vs.

Asia, China, Triad Chang,
Xi- Ping, Dictator, Defendant

___FILED ___ ENTERED
___LODGED ___ RECEIVED

APR 1 2 2023    CR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Case No: 23-cv-00153-JNW

**Exhibit of Apology for Filing Deficiency**

               Meredith Mcglown, Plaintiff & Attorney for the plaintiff, Washington Bar 650564 would like to apologize to the courts for the delay in resubmitting an IFP that was requested by 03/3/2023. The plaintiff was not sure which form the courts was asking for in the redacted procedure of the Federal Court. Three forms are available under the US courts websites for the district of nine. All the forms are admissible, but the admitting clerk excepted an IFP that was admissible then rejected another form and all the forms are the correct redacted forms for the Western District Courts. Retaliation has been a factor due to the high priority of the case in this matter and other matters filed before the US Courts. An demand of employment for the Federal Employee positions has caused extortion, slandering, document tampering, errorenous filing and misleading information to be imposed upon the parties in the setforth matters. Thank you for your understanding!

04/11/2023

Meredith Mcglown WA Bar # 650564