United States District Court Western District of Washington

FILED _____ _____ ENTERED
LODGED _____ _____ RECEIVED

JUL 0 5 2023  MG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Federal Rule 37

Assigned To: Judge Jamal N. Whitehead

Meredith McGlown, Plaintiff

Vs.                          Docket Case# 2:23-cv-

00153JNW

Asia's People Republic Et. Al,

Defendant         United States District Court Western District

of Washington

Title: V – Disclosure & Discovery

Motion of Sanctions - Failure to make discovery or to Cooperate in

Discovery- Includes Exhibit Rainbow

1. An Word length extension was submitted on 06/Your Honor the

United States Admiralty Court & the Congressional House

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

Calcitrant Court has failed to make available the discovery of certain cases and the Western Federal Court stated that I need to contact the Admiralty Court in order for the cases I needed to litigate to be brought to the jurisdictional court.

2. The courts are obligated under law as an confidential witness to bring the cases to the court as is precedanced by the Appellant Court. This has caused a grave niche in the identity theft & the genetyping of myself in the matter and it has caused the Governance bond of the United States to be jeopardized.

3. I am bonded alone & my bond does not carry the citizens of the country nor does it allow for the Commerce Department funding to be used to satisfy the delivery of documents, Officer of the law or Specialist to come in for expertise witness testimony. Once the Supplement was bided upon in an terrorist act & not

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

honored by the contract, it forfeited in the Congressional House House Bill Supplements of Contracts.   In 2001, Myself & my nation signed a contract with President Barak Obama to recover the administration of the Congressional House of Congress from internal operation of political overthrow of the Next President. That next president was Barak Obama. He was taken hostage to Tijuana, Mexico and held for several months and an ransom was asked of life. The bid was not paid by the United States, and he was to be executed in front the Congressional House of the Nation of Mexico. Israel was the ally of the United States and after Seeing him in person & speaking to him as to what he wish to do, he requested to brought home.

4. The President was then life flighted after negioations with the Governance of Mexico and brought into the borders of the

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

United States. The Congressional House that was under

investigation for the political overthrow of the Presidency seat of

Mr. Barak was Al Gore's Administration. Through an very

orchestrated hand it was made to look as if he had not been

assassinated by the Internal Office of the White House and made

to appear as if himself & Mexico had worked out all differences.

5. The nation of Mexico known as Escobar signed an Charter Bank

over for the securement of their Actuary seat in the United

States. The trademark Act of 2005 was granted for them to

register & to try to hold a seat based upon the policies &

negioations of them eventually becoming law abiding citizens.

6. As the Actuary of Israel, I was taken into an hostage situation

with Mr. Barak Obama and asked to kill him for the freedom of

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

my daughter which was jeopardized when Al Gore gave her

identity up to the drug Cartel called Escobar.

7. A hearing took place around March of 2007 & I had to testify in

court in San Bernadino, California. The threat of taking him

back to Mexico because it was too quiet in the United States

lead me to have to put an Prospectus of my personal Estate to

ensure his safe well- being.  The Charter of their Bank called the

Dominican Bank of Columbia was entered into the National

database under my Estate plan with J.P. Morgan Chase under

#25188. That prospectus was released back to me when South

America decided to back Mexico and lost in an administrative

court procedure with the IRS & SEC for tax evasion. Release

number 32151 on 06/ 13/ 2016. The releasure was done under

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

my Private Client Account at Bank of New York Mellon. This proceeding is also recorded under APFN# 3-17286.

8. There were remedial sanctions placed on both parties of my Commission & on the Commissions of South America & Mexico. The Nation of Mexico then tried pass me false documentation and I blew the whistle on them. They came after myself & my family & we went under the Witness Protection Act. They are not my CEO's and were caught on tape in sting operation by Internal Affairs passing fraudulent currency & human Trafficking. An Android was made of me at the time, and I was swapped while in their possession and my limbs severed on various parts of my body.

9. The Internal Affairs agent did anticipate the Escobar members to actually physically touch me knowing they were being recorded

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

and viewed in an sting operation. The Member Castro put his

hand in between my legs in an Assettation sequence and said

this is false she is cold there. They took me & let Mr. Barak

Obama go. The fact of the Internal Affairs unit having an doubt

about the actual acts & threats coming from their own

government was mentioned to the President.

10.  As an self- Starter I asked for my Rahman Mr. Fard

Mohammed aka William James Turner to assist me with the

interpretations. I aske to sign over my governance & refused. I

was asked to sign over my estate & refused. Then Mr. Turner

came to see me & represented me in Mexico.

11. I was allowed to ask only diplomatic questions to Mr. Turner. I

asked for him to call my Mosselini. I was released and had to

sign own my own recognize to appear in court again.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

12. By this time, I was at an UN meeting called Hague Conventions were an Defense Security Cooperation Program for agents was drafted and presented it to the floor of members who were present. Al Gore was not present. Baral Obama was President, but he was not in America seat he was in Israel's Seat.

13. The document was granted a & approved by Escobar, Castro & Norega Republic Nationals of the Requiem of South America. I was raped while in their presence of incarceration, drugged, sodomized and my limbs altered. My eyes were stricken with strict nine that was laced with barbarnesis strains. I had to watch video sequences of American Senators being slaughtered.

14. I arrived home in 2010, I spent 3 Years & 3 Months with the drug Cartel And worked my way into a position to make a difference for myself as an advocate to their President.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

15. While there I signed in agreement with President of the United

States an contract for the overall MODA program, This

consisted of an

   a) Ministerial Internal Controls Program (MICP)

   b) Rule Of Law (ROL)

   c) Transparency And Accountability Office (TAO)

   d) Counter Corruption (CC)

   e) Deputy Minister & Provincial Chief of Police Training
      (DM) (PCOP)

      Mr. Escobar signed it and so did all 256 seats & the

      reserves of the Congressional House of the United States

      of America. The initiative was to Cease Fire & to come to

      terms of peace that would benefit all people.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

16. Mr. Escobar filed my case in South America for rewards to be undertaken for liability of the government to pay the plaintiff as lump sum for compensation for her injuries.

17. By 2012, I was back in court, but the case was jurispurdenced to America in the Hemet, Calif. Area. The judgement was for the plaintiff in both nations. The country did take accountability and made several public speeches in regards to their behavior and ask that the President would forgive them for their actions when he was victimized through the hands of his own nation.

18. The acts were very severe for the Barak Obama & myself. I do not regret his getting his freedom & I hope this court can understand the facts of this case that the defendants have placed before the courts. They came into this land and set up an Japanese Military Camera lens and photographed me as the

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

droid and tried to replace me with her. The body was already out

functionality when they tried to buy it from South America.

South America would not sale it and they tried to genecide them

by rerunning the active cases but claiming through false

nomination that there authorized to declare that the case had no

merit. Even wrote it in an case under the Great Seal of the US

Courts. Now they would like to go free, and the Plaintiff's body

is still torn, assaulted, and mutilated from their act of sport of

trying to overthrow her Merchant business while the rest of the

court procedures are taking place.

19. They were discovered to always be a friend to the Al Gore

Administration and found in the background disbursing small

segments of narcotics of opium to the people through an

Commerce Registration they had. When that registration was

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

removed & annulled, they then used the Emirates of Israel &

tried to claim another woman as the Emirates of Israel & filed

her business before she arrived to her assigned area. An area

where the other parties were restricted to enter.

20. They decided to join a political group of men & their belief

system and to try to murder the plaintiff. They decided to tamper

with her photos, her personal belongings and even her corporate

accounts.

21. Her brother Marquise McGlown was her Guardian Ad Litem

with special conditions, he cannot sign for any corporate

accounts to hire or pay anyone until she is in full Actuary. So,

they tried to rape him when he was in protective custody at

CSAT, which is an Department of Defense Center. He is the

Blueprint maker of the spaceships designed for life support of

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

the Administration for the Heads of Nations. The women in the

photos and the Mordant Marquise McGlown, who is the Apostle

Paul of the Bible would like to give oral testimony to the courts.

22.  They (the Terrorist) decided to try to hold President Barak

Obama hostage again & to claim to be representing China, Asia,

and the Underlying Islands & even South America.

23. They were found guilty in a court of law for an Political

Overthrow & geneocide of an people.  America is an Giant

Merchant E- Commerce nation. Illegality of its rules has brought

many people before it's court system.

24. They have declared that everything that is in the corporated

business of the corporations should be granted to them free.

25.  They have used the US Marshal key codes & identity to steal

from the businesses. These officers are deceased.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

26. They have no respect for anything. They sent their remains

through an food processor and placed their flesh in our local

grocery stores after accessing the distribution centers remote

control access in Canada.

27. Then put us, the citizens in an database under an Veternarian

License and typed us to animals. They forgot some very specific

details. They had family members that were already picked up &

waiting to be executed by those very nations. They were found

to be a traitor of their countries and had given them up in a court

of law & forgot what game they were playing.

28. They were found to not be apart of Israel & not to be an

governance at all & could not secure a place in the Government

& do anything for the people at all.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

29. Part of the reason that Taipei, Taiwan & TECROE is contracted

& an Procurement in the House of Congress is setforth is

because it protects the Actuaries from outsiders and even from

those who marry into the Head of States families, it protects the

Acquisitions and it's protects the currency from being taken

from the land & disbursed to another Nation so that war will not

take place. It protects itself from error of disbursement & from

allowing the people to suffer & the Justice of the people to be

abused and fall under dictatorship. It disburses on an locked time

schedule; it allots as is needed for programs such as

Supplemental Social Security Disability & someone tampered

with it when My identity was stolen.

30. The Federal Reserve has locked & my identity compromised

with the photos of the droids that were used to bring peace back

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

United States District Court Western District of
Washington

to our broken world. A world that had declared that child

molestation was lawful, that drug sells were lawful, that incest

was lawful, and that merchant corruption was lawful.

31. Our country was built on a bartering system with good

intentions and common respect of another man's property.

Myself & those women look alike because they were designed

to look as close to me as was possible during the Political

Overthrow of Canada, the Drug Cease & Fire of South America,

and the Iranian Arms Deals Wars. Only one of them, was

Biomedically treated in Desert Hot Springs, California, the

others were breed through the prostitution of women into

enslavement & their cervix implanted with animal ovum for the

disgrace of women by a gay man. That gay man was Al Gore.

Mr. Gore was declared deceased by America & South America

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

who had Guardian Ad Litem over his body. Robert Bilia & A. R. Avilla used the Japanese Photo thesis & biomedical Imaging of the Confidential File of the plaintiff to paste the others with the plaintiff through an DMV profile taken when the Plaintiff was allowed to use the system to cross borders. The Ambassador of South America thought the plaintiff would go ahead due to the diversity of the Federal Reserve System and decide to traffick drugs.

32. The Military Civilian Pay Auditing Office was being distracted of funds for their Oceanic Atmospheric demonstrations in the Pacific Ocean. Roxy Trading Mutual Financial Group was handling cash deposits for them and at the time of around 2016-2019, they were their acting Accountant. The problem with that

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

transaction is that the Plaintiff is not the one who handled those transactions even though the corporation belong to her.

33. China had declared the plaintiff deceased to the family members of the plaintiff, but the plaintiff was alive. So, every effort to make it appear as if all the transactions were legal had to be attempted. This included an substitute body, an identification card and access to her trust estate. The CIA did an submission reference through an online form called Form 9yfd731m, which was recommended by the Secret Service and declared that the Cybernet was alive and approved for level 3-4 for the actual persons which is Meredith McGlown. The Emirates of Israel is not an biographical person as in an satellite but an actual person. The solution for critical situations of identity theft, personal assault & rehousing of the key witness in

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

United States District Court Western District of Washington

'

the Political Overthrow of Governance of Israel & the US is an

Sustainability solutions problem. Under all circumstances the

droids, copies, or close relations of anyone cannot be attested as

to her being those persons. This was declared & remanded on

September 19th,2021.

34. Your terrorist actually had full control but did not judge the

case in the 9th Western Federal Court but sought full

enslavement of all people and lost the case. All delegations to

hold office of the United States Governance in any form was

annulled.

35. The Muslims are declared not to be fully in ascessation of

decendancy but in decendancy of the African Genome of an

horse. Biological information taken at the International

Community Medical Center declared the plaintiff has having the

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

antigen of syphilis in her blood. This same type was in the deceased Ex- Presidents blood, but the other women do not have it, but the Plaintiff has it and it has laid dormant wither since she was 4 years old when she first encountered the serial killer Al Gore. This information was in her Calcitrant case file & her Centralized file and her Confidential file. Erasing of her DNA structure cannot be accomplished is the testimony of the Department of Homeland Specialist of Oncology Team members. She also has full blown Leukemia which is also another identifying factor that can't be altered.

36. There were five holy wounds in the original Al Gore's Body form. Those wounds aren't removable by no one other than God himself. An Caliphate is an Angel of God which the Plaintiff is, and all nations have tested her in their expertise of Theological

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

Biblical study & declared in written & oral testimony to this
fact.

37. So, her trust only pays for filed motions & subpoenas of witness
testimony on her behalf not on the accused behalf. The
discovery of my identity was not by coincidence I was assigned
to the area, and it was clear as to whom I am and what was at
stake for the people & the Congressional House.

38. The message of Naba Comut Broso con broso un el Islam in Al
Ikki for Raheim & the desecration of the Mosselini by Ismael of
the Holy Gram is an yellow seal of the United States. The
Trademark & Patents Office has submitted that seal & it's
insigma & it's commissioned officers as of date. It was
requested Your honor and has not appeared to you as of date. It
was requested for court purposes for around two to three years

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

now. With all due respect it does not appear as if the United

States past Congressional House of Representatives are trying to

restore themselves from the acts of the Al Gore hand or to

restore this country into some type of functionality but wanted to

see who would win between the opposing parties of the World.

39. The contractual agreement to settle all debts owed to all parties

has not been adhered on the United States part & as a Prospectus

holder of some prominent shares in the Asian Community I

can't say that Asia was fully responsible for the reason why my

Confidential file was accessed.

40. It appears that the United States Senate seats had just as much

to do with tampering, orchestration of my death and unfiled

paperwork as Asia did when trying to settle an Medimmune.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

41. The Department claimed that it sent the documented receipts via FedEx & UPS but as stated before I have not received not one and I've been here for seven years.

42. The citizens weren't all typed to a degree of unfuncttionality but the rape of my persons by the individual who was asked to take my place as the Actuary of Israel is apparent before the courts.

43. The copying of my persons from the time I left court in Sacramento to the arrival of mu body here via Amtrak Train is the centralized time frames. I have several options & obligations as an Principal Holder of the Asian Prospectus of Treasury Bonds, and one is that I need to release those bonds that are theirs back to them and the other option is that they need to release all of Actuary documents, Asian Documents, Passports,

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

United States District Court Western District of
Washington

and other Medallion Stamps that they were not authorized to use

back to my possession.

44. The community is in court for espionage aginstthe United States

I am not their Dictator. After several long years of waiting for

physical, medical malpractice and germ warfare compensations

funding.

45. I realized they did not have the money to uphold their end of the

deal. I asked that an contractual agreement be done after our

court procedure, and they went to my Guardian at the time and

threatened her as to what she needed to do in regards to my

funds.

46.  I froze the accounts in a court of law & because I could not

travel with those documents. My documents were sent via

Passenger Passport Arrival records to the Agency that clears in

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

Federal Governance documents. Congress Woman Eleanor

Homes Norton typed out my document securement records.

47. My records were notated March 6th, March 16th, March 18th,

April 14th, and May 14th of 2016.Those documents were to return

to my persons one I delivered an address after being scanned &

rereceipted from the National Archives & Records

Administration, located 8601 Adelphi Road College Park, MD

20740-6001.

48. At the time I had an P.O. Box, and those documents were not

delivered then. Now I have updated all my information and they

still after seven years have not delivered the documents that I

had when in neutral location for administrative hearings with

their UN.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

49.  I wrote a letter to their Counselor General and he sees me every day & still does not deliver my documents. Instead has went into my local branch of banking and announced himself uncertified as the Business Investment Advisor of the bank.

50. Xie Jie, Dictator of China, was apprehended here in Washington State, along with Victoria Yee, after delivering some database sequence codes and uploading some data I needed in order to secure my Tax Parcel.

51. Ms. Yee was apprehended after Xie Jie, and she had to have been contacted by either him or the US Government. It is my grave understanding & my knowledge of the way events unfolded that I can concluded it was myself the government was trying to extort.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

52. Ms. Yee phone number that was called is an confidential line that leads to Sacramento to an apartment building that we jointly own. Mr. Jie did not have this number because he was restricted from communicating with Ms. Yee.

53. The number was in my phone index that was in my confidential file that was delivered by the US Marshal's, the same US Marshals that were murdered and ambushed in Olympia, Washington.

54. The assailants then headed north trying to get into Canada but the Clinton, Obama & Biden Administration was centrally located in the northern region of Washington State.

55. Someone was posing as me, but I can't say if it was after I arrived or after I was stuck with chloroform. I would like to submit a very vital piece of evidence and inform the courts that I

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

am not a supporter of the genetyping Euthanasian Program &

that I am not financially responsible for the members of those

groups that have murdered Judges in the district of Washington,

California and other states and then tried to flee to this region as

an Defense Department Witness Protection Program Participant.

56. As I stated in my Protection Order I would like the personnel

that was not assigned by the Joint Chief of Staff removed from

my premises and from my administration. I did not want an all-

out physical altercation to take place and I am not paying them

one red cent nor sponsoring them in any way.

57. I did not authorize for the photos of my identity theft

participants to be set in the DMV nor did I ask for the court to

release confidential testimony to them. Every picture in the

exhibits shows that these are the rapist of the children in the

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

area, rape of the E- Commerce Asian Community, their men &
their children as well.

58. The Japanese Strict Nine Photothesis was set up by the Previous
AL Gore administration that I testified against in this area with
the help of some African Enslavers that I had came out of court
from that thought they would benefit from my trust & receive
supplemental provisions once my I liquidated some of the
portion of my estate of Africa.

59. Those shares were future indices and were jeopardized on the
index by those who thought that they a could represent Africa
and get granted access to my estate. I am not affiliated with
Africa. I am an Israeli Ecommerce Executive & decedant of the
Israeli Kingdom. TECROE was in my confidential file, and it is

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

an military tactic that was finalized to be used to recover the

Head of States of all nations that had signed the Peace Treaty.

60. It did not include the citizens of the nation, which most were

deceased, and someone tried to double cross us and used the

Morphism Program of the Reagan Administration to recreate

them. They were originated as an dog primarily and could not

have been able to have the full mind set of how-to set-up the

TECROE Military Defense Program that was in my file.

61. It is sequenced coded. The identity of those women on the

exhibit has an attached case under several courts that are being

heard & have been tried in a court of law in the United States &

Canada. These women are also wanted for 256 special

circumstance of child molestation & mutilations.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

62. The decents of Africa that were initially apart of one of the
Kingdoms of Africa had an political overthrow with his son &
then after the arrival of those Ambassadors the African Requiem
was announced to be governed by the son. This was not declared
in a court of law & I did not release the Commerce of that
Actuary to the son & he raped me through the Enhanced Media
of African Safari 25.0.

63. The woman were enslaved & dead so in order for those women
to be declared alive the Al Gore Administration who was
familiar with the Morphism Program had to have helped them to
try to recover some of them. They needed an model of a body &
my confidential file was full a medical scale of aspect that had
been uploaded into various businesses in this area.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

64. That profile has certain markings in it that indicated certain

types of professional comments from doctors that worked with

my father in Africa after accepting the assignment for restoration

the first time. He did not help to recover the women. Africa 's

Requiem from the Ambassador who went to war with his son is

an all male Requiem of Kingdom. Atrazine was given to the

Father, and the sons did not have E-Coli, the people that were

left behind did in fact have Bolivia of the liver.

65. There is an Litopenaeus film in the original file of myself and

the confidential file had to be opened here because the film was

not viewable by the Obama & Clinton Defense team when they

went with me to California in 2021.

66. None of them tested positive for Bolivia or E-Coli when

reentering the restricted area of Washington yet the area is full

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

of the aspect of the disease from either the original person, who

is supposed to be dead or in doing an Death Penalty sentence or

the case was here, and it was opened and used against the space

life preserve vessels.

67.  Kuwait has a different genocide program, so it was not Kuwait

or Afghanistan that initiated the terrorist war in Seattle, WA.

China has an outbreak against the Kuwait TECROE Defense

system however, so someone had contact with Ms. Yee that was

laced with the counterterrorism serum.

68. That serum only activates if an Actuary life's is at risk in the

State of Washington. Lawrencium was chemically tested in

Greece, Athens under strict containment then relocated and the

facility wiped clean, so it was not Greece that initiated the

terrorist act on Washington State.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

69. Ambassador Abudukarim does not have a kingdom that has penises and the women that were Morphed after the attack on my persons were morphidites with penises down to their knees and a very distinct smell of E. coli came from them. Those businesses that they uploaded the medical program into are in my estate trust & I had not even opened it under a registration of filing with the State of Washington's Business & Licensing Agency until I actually applied for my business license.

70. My UBI # and my DUNS number were both registered since 2014. As well as the same registration Commission number that was in my file in Washington DC & had not been signed by me as received.

71. Yet the database of the State of Washington had the exact number already registered since 2014. I was not here in 2014. I

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

United States District Court Western District of Washington

did an Swap REIT Block Trade through Government transmitted means, with the Washington Wealth Management Services Corporation & the bank employees did not honor my swap nor my reinvestment. The bank is guilty of failure to transmit, failure to order, draft or submit an treasury security.

72. Exhibit Stock is the Prospectus releasure, under the Investment Advisors Act of 1940. The Releasure No. 4456 occurred on several dates. July 18th,2016, there was an Administrative Proceeding file entered under No. 3-17349, that showed some loans that were not paid and an Forgiveness Procurement House Bill was addressed on the Congressional floor. The Investment Advisors needed to come out of debt from various points with several countries who could very well hold shareholder shares of

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

acquisition in the country. Being they were being removed
illegally this option was presented.

73. The agreement would allow them to pay $1.1 million, do some
Commissioning in the SEC Brokage arena and get totally
legalized. They were on a verge of signing over their
Washington State Management Shares under file no. 801-71936,
where China would declare them a new business name and they
would have no knowledge of their financial accounts daily
business.

74. The Consulting Services of Al Ahmadayyia Foundation Group,
LLC. was able to stop their active Commissioner from trading &
brokerage dealing after finding out that $700 million of asset
value was false and an discretionary advisement agreement was
then negotiated upon.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

75. Execution of the loans was enforced to be paid to the

shareholder of the shares they were willing to sell and those that

they had no idea who had them I used to cover their debts.

76. A swap was made under the REIT Act and the business of Al

Ahmadayyia Foundation Group, LLC. paid them full asking

value for all the shares they bought.

77. Once in location of the buildings, the nation of China was

occupying the buildings as employees & business owners, but

the restructure of the corporations was done by the joint asset

holding contract of both the US & the investor corporation.

78. Al Ahmadayyia Foundation Group did not authorize them to

hire or employ Asia or China in any of its business dealings.

Nor did the foundation give any permission for those women to

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

extort the United States. The buildings that were up & running

needed to be reconstructed.

79. After the Principal owner arrived here and the actuary was

claimed falsely and funding for the supplementals for housing

stopped being available.

80. The United States tried to continue in its drug trafficking & lost

it's total Washington Wealth Note. The Reform Act of K-corps

2016-36, gave the Principal Owner & total titleholder an

government participation with the Welfare & Institutions

Agency as a civilian. The Exhibit Hellfire entered during initial

filing shows the identification card with the Japanese Military

lenses and how the picture is not of the plaintiff.

81. All the photos still even with all the terrorism placed before the

plaintiff did not come out to look like the plaintiff.

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

82. The plaintiff has some logged medical history of bipolar

disorder. This does not cause the eyes to droop. Biliary

cholangitis (Hepatitis) is found on the eye tissue of the women

in the photos. That means that someone was looking into their

eyes when the picture was taken. It is visual even with the

contacts on.

83. They did not pay me my money for the liquidation of shares nor

my money as the Principal Holder of the prospectus. When the

share is brought to liquidation and the Principal Holder has had

the share until maturity there is an set rate that pays twice a year

in most cases and the prospectus holder can receive those funds

vis ACH deposits and then redeposit the share prospectus back

into the bank as an Certificate of Deposit. I have had

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

Washington Wealth shares since my first reward after being

raped when I was four.

84. It is the title of the property, and that property was still in

existence when I arrived. The buildings were functional & I did

not start reconstruction on them because my Escrowed Trust,

Acct # 204058316, needed to be first assigned to an Case

Manager here in Seattle, WA and then the Case file asked for

from Washington DC Probate Office.

85. It was not deposited into my account, yet work was being done

in this area. The Tax Parcel of the Escrowed Trust was however

separated from the Escrowed Trust and the Principal Holder,

once registered could act on its behalf & make Executive

Business decisions. I did not sign for the work, nor did I

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

United States District Court Western District of Washington

authorized it and every business that was occupied by anyone without my approval was occupied illegally.

86. The damage to the structures, the stealing of the business equipment, the tampering of the databases was all done from this location. Asia as mentioned was using my Medallion stamp at Bank of America which was mine and has not tried to turn it over to me or to the authorities to give back to me no matter how they obtained it. It is considered apart of the Tax Parcel from the Escrowed Estate Trust Account in Washington DC Probate Office.

87. I felt that the business relationship we once had was no longer going to exist and that they needed to honor all debts owed and turn over all material that does not belong to them. I turned over a few of their prospectus that I no longer was an responsible

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

party for, and they did not even write me a letter to say Thank

you or anything.

88. Instead, they signed up as an Customer Representative of a

business that I had not fully turned over to my Kingdom to do

business from. Drugs were being filtered through my Google

Wi- Fi, Office Microsoft Services & partnerships. There is

nothing that anyone can tell me to justify the way this situation

has been handled. HP, LLC. was hit for its demo equipment

located throughout various regions of the State of Washington.

89. I have pulled out of a business relationship with China due to

the charges against them for pushing black market opium into

the United States, having full control of a domicile that does not

belong to them, and operating under the conspiracy to overthrow

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of Washington

the President of the United States. All of this is interference with my business operations and my rights as an business owner.

90. Excepting an clone & accused criminal as an justified signature and authorization of an acting Executive Economics Officer on their behalf when they blantly know it was not me and is an unlawful act. I have several emails that were initiated from the Ambassadors of Africa trying to get control of America's governance when they knew fully well that America was my ally, so everyone who has played apart in this act is going to be before this court.

91. Judicial tampering does not allow an Justice system to fully be able to handle things appropriately and woman who claim to be assigned from an Linked - In Agency is not so realistically

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

coming from that agency when corporate fraud is so majorly at

play right now.

92. America was hit by a Hiroshima bomb and no one cared if it

survived or not, until I picked up my heart and decided to help

her against the unlawful acts of predators & men who claim to

be her friend. Transporting of material through her ports, raping

her assets from under her and down right murdering of her

citizens will not be tolerated. She may be the smallest factor, but

she is by far the strongest.

93. I find this court to be biased in the actions of the hits it has

taken, but yet still showing up everyday to secure her once

again. I hope you find every piece of evidence to be in

satisfactory order for your judging and know that I am in the

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW

United States District Court Western District of
Washington

field and I'm doing just as God did and starting at home in this
situation.

94. That means I will not have an Islamic Government representing
me that lies down with my enemies, and I will stand by my
friend America until she defeats every obstacle that come her
way.

95.  She has been genetyped to a less than human degree, but I have
in my own right filed against such tactics and I will remove
everyone from her land under all the seals if so warranted.

96. This terrorist act is nasty, defiled, and I am seeking the death
penalty from those on the exhibits, and I pray that they get every
day in jail.  Behind the faces are the terrorist, they come out in
the court, and they are displayed as is.

"Presented By: Meredith McGlown"

DD/ 2:23-cv-00153JNW

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

United States District Court Western District of Washington

"Dated This 4th, of July, 2023"

"S/Meredith McGlown"

United States Judge of District Court

_____

Meredith McGlown Appl. # 650564
1205 Thomas Street #E27
Seattle, WA 98109-5959
(206) 373-1549 (cell) /
(206) 250-8742 (Bus0

DD/ 2:23-cv-00153JNW