United States District Court Western District of Washington

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

JUL 0 5 2023  MG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Federal Rule 9013 (1)

Assigned to: Judge Jamal N. Whitehead

Meredith McGlown, Plaintiff

Vs.                                Docket Case # 2:23-cv-00153JNW

Asia People's Republic,

Defendant                          United States District Court Western District

                                   of Washington

Motion of Exhibit- Exhibit Rainbow

1. This motion is for Exhibit Rainbow, (2), (3), & (4), which consist of an Visual exhibit of pictures of an defendant in another matter before the US Western District Court of Washington.

2. The defendants are remanded to release the false identification of the plaintiff that they have possession of in case # 18-ADM-5811 Matter of the People Vs. Escobar Et. Al, Case #18-ADM-256,

United States District Court Western District of Washington

Matter of Meredith McGlown Vs. Bartlett, Case # 02538207 USCC, Matter of Kathleen Mcglown- Adamson Vs. Kathy Graffney Et. Al., Case # 19 - cv- 335237, Matter of Meredith McGlown Vs. Mellburg Financial Group, LLC., Case # 15 -cv- 187391, Matter of People of State Vs. Abilla Mohammad & Misheley RO Et. Al, Case# 16 - cv- 052702922, Matter of the People of State Vs. Fonickey, Sandoval- Ramos Et. Al.

3. All of these cases are special circumstances and involve devil worshipping, Anti-Christ markings, and child sodomy. Which included her face on the Department of Licensing for Identification Cards systems, US State of Washington and various identity cards that are issued for Practioners Medical Practices which they are not licensed for.

4. The plaintiff has filed an civil suit against the defendants, and they are affiliated with the Defendant in this matter through extortion of Judicial Seats, Senate Seats, and illegal corporate operations of businesses in the Region area.

ER/2:23-cv-00153JNW

Meredith Mcglown, Appl. #650564
1205 Thomas Street #E27
Seattle, WA 98109- 5959
(206) 373-1549 (cell)/ (206) 250-8742 (Bus)

United States District Court Western District of Washington

5. The defendants are an et. al alias-based DNA structure facial applied specimen created through the Morphism Program initiated by the Reagan Administration in the apprehension of an Child Molestation ring & murder for hire on an internet app.

6. Several of the pictures show where the plaintiff had laser surgery at the military base in Desert Hot Springs, California after & before testimony. The photos also shows alterations done by the Department of Defense to lure the suspected perpetrators.

7. These photos were done through the Miracast system and taken from the plaintiff's camera at her residence after relocating to Seattle, Washington. The identification photo was taken at the local DMV on Aurora Avenue in Shoreline, WA. The photo was not of the plaintiff, but of the assailant of the plaintiff. The ideal of overtaking her trust actuary was at play and the perps were captured on the photo ID & as well as on an Android Cameras phone.

8. The plaintiff has been typed to an bat, rat, bird, cow, snake, and various other animals including an penis of an elephant in an attempt to extort her for funds and to keep her from testifying any further in

United States District Court Western District of Washington

the matters before the courts. The defendants were present in the Court testimony given in Sacramento, California that involved the direct testimony of herself against the Ex- President Al Gore.

9. The attempt on her life after relocation procedural agreements to the Washington State area was attempted and the knowledge of those defendants being present for breeding was not disclosed to the plaintiff in the initial talks with William Clinton.

10. After being assaulted & registering her business and touring the city, she was stalked by his friends, her belongings extracted from her residence, her bill payments not paid to the corporations that she has service with and assaulted through the Occulus Hololens system.

11. This system is specifically designed for Death Row inmates and was not available to the public, yet it was displayed on the Amazon shopping internet webpage. I did not authorize this type of lens to be placed for selling and this lens was identified in court as the one he used to sexually assault the children of the covenant, myself & other Defense Witness Participants. He knowingly discharged an nuclear weapon that was designed by the Israeli Government while

United States District Court Western District of Washington

being transported back to the desert asylum after the Desert Storm War with President Ronald Regan. He asked for it's sequence codes and when denied he extorted even further by denoting a bomb on the school of the children in hopes of locating one with my children in it.

12. This situation of the assault on my persons was orchestrated, there were several people from his members which was also church based that were out on bail. I believe that the court testimony in the up & coming case of the Department of Defense will clarify who that person is. That defendant is also employed unauthorizedly at the Chase Bank branch located at 350 West Lake Seattle, WA. I have had several incidents of asset tampering from them since after the filing of my State of Washington case in the Federal Appellant Court. The case is mandated as of date.

13. The Ann Lewis Harper Et. Al case involves alittle more of their child molestation after their Canadian Case and after the Sacramento court procedures. The Ann Lewis Harper Et. Al & Mary E. Roberts, Et Al. is an special circumstance and it does involve murder of

United States District Court Western District of Washington

Judges, children being sodomized, and it is mandated for this court and waiting an docket number.

14. It is known in the Internal Affairs Unit of every agency that Israel has been known to make a movie out of some of the footage it records of who is who and who was going where in the Asian Human Trafficking case before you. Those rights have been approved by the FBI Unit. I know they are not in court for that, but all of this is going to come up as to why they had the plaintiff's identifying Medallion stamp in their presence and why they did not return it.

15. As you can see there is an slight resemblance of myself with some of the women pictured but the women are not me. They are also in an agreement of enslavement with Asia and have been used rather against their will or not to steal certain corporate things from the area merchant businesses in this area. This cause distress on my aspect because I own a portion of the businesses. I have not been granted my funding from my estate and their attempt to cripple me in the corporate world was a game they played and lost.

United States District Court Western District of Washington

16. They are at fault for breeding America with horses. They did not breed them with dogs, but Korea took part in that, but they did breed them with horses. This type of state causes memory lost which is what their goal was in regards to America remembering what they did to them in the wars they had with them. Whenever America has an dispute with another nation they are right there acting as an administrative guide of an helping hand or simply copying their systems.

17. Some of the American Diplomats were found in their land as already disclosed in Motion Duty to Disclose, as well as mine. This occurred doing an Cease to Desist. While this procedure was at play, they attached the land acquisitions that were closed from public occupation and looted the businesses. The defendants pictured in the exhibits have sold their rights to them, but they did not pay them for those rights, so a rebellion war took place, then they showed back up here, the funny thing is who was keeping them alive and when did they get to talk?

United States District Court Western District of Washington

18. Asia has no grounds in this case but to except the fact that I hold a bigger acquisition & E- Commerce in their country. I will not reopen a business there and I liquidated the major corporations and Apple, Inc. is one of them. I can produce for this court my administrative releasures of shares & the holdings that I have on their market. I can also show where my commission number has always been registered to me and how the American administration has failed to provide me with an copy of my flings & all my registrations as an actuary. Mr. Al Gore does not have any footing in my corporate business, and I have stopped all public resources to keep him from putting his morphed homeless people all in my face and then trying to publicize the fact that they need housing.

19. I have an Supplement Housing Prospectus, Exhibit Homebound of line x, Exhibit 5 Star, and I need my own housing. Yet when I went to get my Washington Wealth Cash allotment for those housing vouchers my data had been altered and my accounts were set to not disburse to me but for them to get merchandise out of my businesses

United States District Court Western District of Washington

and to work in my corporations. That is not what I want & it is not what I will allow to happen.

20. I signed several House Bills in regards to the way I would like to restart & he was not included in any of my Provisional Case Management.

21. The other African Participants that help to rape me are indicated in the case as well. It is very much disturbing when I tell this court that I have as much proof as I can provide because America refuses to honor its contracts. I thank you for accepting this written form & I am looking forward to presenting in an face to face.

22. The defendants you see displayed before you are guilty of trying to hurt me and copying me. They are guilty of stealing from my businesses, but they are not counterintelligence agents. The sequences I know they do not know; the maneuvers I know they do not know. They were drugged with Polymarase material, used in an black-market slavery ring by all of those who were trying to enslave me when I was four. Unfortunately, most of them are dead. This court will deal with them as is needed to ensure that they never walk

United States District Court Western District of Washington

this earth with me again. They are cold blooded murders and want the court to blame the devil for their actions. That is not reality, they committed those acts of their own accord. It was not Lucifer or Baal or Balaam it was them, with a state of mind of superiority because they were law officers and those whom they preyed upon was just regular citizens. Well, when times get hard their fellow officers got it to and now this court needs to hold them accountable. It's not a drug problem just an I'm above the law problem.

23. Notice the women are wearing contact lenses. Those lenses were brought here, the availability of them was due to the fact of the Principal Owner bringing in inventory from her Distribution Centers of items she liked. Notice the attire of the women. Notice that some of the lenses look black. Notice that most are smiling, notice that some seem dirty. That is the Death Morphism Program which is different from the Morphism Program. Notice their teeth. Their stance and their hair. Notice their skin color. Is that normal, does your skin appear as the same color as theirs.

United States District Court Western District of Washington

24. All of these women skin has been removed off of them they were victimized before I shot the picture in an miracast episode. It is illegal according to Asia for me to use these techniques, yet they use it to kill & to view me with my clothes off as an remote access Assistant. That no one hired. Independent contractors must get their material from someone. So, if they get the material from an corporation then that corporation need to provide them with funding. No, Your Honor that is not the law, many corporations put out literature and if you sign up with a state as an independent contractor then you are independently filing for all liability. Therefore, they are liable for displaying these women and many more in an unlawful act of sexual pleasure just because they called the 1 800 number for cable service technician support. That is what they did to me.

25. Displayed me with no clothes across their Asian Website and asked who wanted to buy me. Then told me in their language I belong to them. This happen since I was here, so they have men waiting to come here and men that are still alive somewhere. America did not annilate them they just wanted Israel to believe they did so they

United States District Court Western District of Washington

      could see what Israel was really worth. After calling us a bunch of camel herders and showing us on Tik Tok website milking camels, not knowing I was their investor in the redlined entertainment industry that they could barely afford.

26. I never said one thing about them until they started to try to alter my identity and tried to sodomize my son. The Sheik of the Kingdom of Asia & Israel. He has more wealth than America can hold and still he is looked at as some sex toy. He did not know he was raped when he was four years old by my Internal Medicine Doctor at UW Medicine, located on 2501 2nd Avenue Seattle, WA. I sealed his court records. Now he's grown and these people are trying to contact him with filth, raping sounds, and animal displays of slaughtering & genetyping.

27. They have even called him an terrorist. They know nothing of my life & my family. After receiving my child, I slide away to nurture him and did not allow him to watch tv and to participant in the world events of pageants for children.

United States District Court Western District of Washington

28. Instead, I sued, and I won. Now it's time to pay and they have withheld my funds by the United States allowing them work furlough and to actively be in my corporations. They have violated an court order; I was moved here and here they are!

29. They are rapist, murders, liars, thieves, and child molesters. I do not want them around me & my family!

30. The women have markings such as the badge number of officers written on them that were murdered. The overall view of the body is an visual picture of exactly how he seen them when dressed as an red head in the area of South Lake Union. He was acting as a woman when he murdered them. He stuck certain material in their anus because he needed to use the restroom but did not want it recorded that he was alive in his database that the Secret Service had him under surveillance on. He used music from apps like the Voice of Martyrs.

31. The right hand of one is totally severed from an hammer being hit on it constantly. The right foot of the other is severally cut at the main artery on the back of the foot. The inside of the vagina is

United States District Court Western District of Washington

written on in on all of them. This information is not in the autopsy done by the administration that he placed here.

32. My signature mark from the hosting of myself in ascepation is on the bodies to help the authorities to know that I have been with them in death. They are allergic to penicillin, methicine, and dilithiuim.

33. In the photos there are very small incision marks on the inner lip at the crease. These are applied by children as in Exhibit Rainbow (2) & (3). I had this surgery many years ago and those marks are on the bodies because they are breed. This was an indication that an specialist had done to help us to know when a person has been bred to look or to help the serial killer to kill the Emirates of Israel.

34. The eyes are made so that factor is not the concern, but they record all that he does when they are with him, or anyone associated with an black sex/drug market.

35. Human trafficking is an factor of the serial killer, and he is sexually motivated and likes to see two women together. The left side of the face is lasered from an military base Doctor in Desert Hot Springs, California. Rainbow (4) is a picture of the Physician that did the

United States District Court Western District of Washington

work. The bottom of the anus is altered for an dip insertion of the man-made penis he has reconstructed. This was due to the tearing of my anus when I first was assaulted by him. I had the dip inserted as an alternative to the round size 28 penis that his hired hands used frequently on me. The procedure was done by myself.

36. The process of me having some features of the women is called Associated Delineation of the humanoid. They are humanoid specimens and have been declared a citizen and used as an murder instrument against policy & procedure to kill, steal the plaintiff's identity, and to help to overthrow the Presidency of the United States. I did not & my country did not upload this into their database. The database is located on a satellite dish out in space. It has been erased as the serial killer Al Gore owning them after I was transported back into the air space program.

37. Korea sexually assaulted me in an coloscopy procedure at UW Medicine on Pacific Highway in Seattle, WA. The son of the Korean Ambassador ejaculated into my anus and those photos have been made available to the courts.

United States District Court Western District of Washington

38. His penis is made from an donkey, the semen was from an donkey. The picture on Exhibit Rainbow on the upper left-hand side is from an birth of an donkey. Thank you for reviewing the Exhibit Rainbow.

Presented By: Meredith Mcglown"

"S/Meredith McGlown"

"Dated this 4th day of July, 2023"

United States District Judge

_____