United States District Court Western District of Washington

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         JUL 17 2023    MG
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
BY    WESTERN DISTRICT OF WASHINGTON
                            DEPUTY
```

Federal Rule LCR 79 (h)

Assigned to: Judge Jamal N. Whitehead

Meredith McGlown, Plainitiff

VS.

Asia People's Republic Et. Al.        Docket Case# 2:23-cv-00153JNW

United States District Court Western District of Washington

Order to Show Cause

1. The Plaintiff, Meredith McGlown, Commission Government Bar Registration # 650564, commissioned with the United States of America, with the ability to practice in all 56 states under "Her Surety" No. 1803341910 Expiration 01/23/2032, has entered an plea of "Order to Show Good Cause " to the courts.

United States District Court Western District of Washington

2. The assigned Judge is listed as Jamal N. Whitehead, it is understood that the courts have been redacted & identity theft of the Judicial Counsels commission numbers& personal identification has been tampered, jeopardized & used illegally in the State of Washington & various other states.

3. The Plaintiff would like the Honorable to clarify a few major discrepancies in this "Order to Show Cause".

4. Line 14, of the "Order of Dismissal" states in the legal comments of the document that the Plaintiff's Bar No. was unable to be located.

5. Line 21, accuses her of filing without proper registrations in the courts of the Western District of Washington.

6. The Plaintiff has two registrations listed with the State of Washington.

7. The first registration is from her "Actuary "commissioned number registered in Washington DC from prior cases such as Meredith McGlown VS. The

United States District Court Western District of Washington

People of the United States Case # 14-ADM-46514310, filed 12/24/2014, with Associated Social Security No. ▮▮▮▮▮▮▮ Prohibition Against Human Trafficking, Amendment Act of 2010, DC 18-2391.

8. The second is her Attorney Pro Se registration, registered in the State of Washington. Filed in 2016.

9. Both registrations have been active since her arrival & filed with the 9th Federal Western District Court, the US Appellant Court for District Nine, and other US Courts of America.

10. For clarity purposes, the Plaintiff has been sought to remove her body & presence from the restricted area of Washington State after giving testimony against Escobar, Norega, Castro, Arellano, Santos, and Santiago of the Mexico Drug Cartel Organization. She was assigned to the area.

United States District Court Western District of Washington

11. Her testimony entailed an identification of a few Senates seats & retaliation has been used in her refiling of another assault upon her persons in Washington State after her arrival in 2016.

12. The Plaintiff has been questioned, accused and her cases deliberately applied in "Order" fraudulently in the 9th Western District region.

13. The stating of her not actually having a filed registration was from an Re-Entry Program granted by the government where the public was used to confuse, alter & eliminate the filings if necessary, so extortion of the Departmental agencies of Commerce, private businesses & Securities Exchange Offices could be accessed by imposters of the Civil Federal Workforce.

14. The Plaintiff is asking the Judge to review his decision & to show "good cause" for the dismissal of the case.

United States District Court Western District of Washington

15. The stature of the filing is Aggregation of Judicial Court Procedures Rule 19 & USC 3449- other Civil Rights violations. The nation of Asia was in fact used to help to erase the citizens, Judicial Counsel & Administration of employment of the people in Washington State. Human Trafficking, copy of the original frames of the bodies of citizens, Tampering & registering in a US Court when uncertified as magistrate. The nation was sanctioned for espionage aginstthe United States & prior cases were reflected in the Discovery.

16. The Plaintiff's Disclosures revealed factual evidence of her being the agent (civilian) in which dealt with Asia along with the agents of the US Military & Central Intelligence Division, who identified them as the nation trading currency & Tranches that did not belong to them to America & South America and vis versa. Then erasing the data bases of various corporations were trace bids could be discovered in order to delude who the true factor

United States District Court Western District of Washington

was while working as an work furlough client with am immigrant work- first visa. A motion of conflict was first entered.

17. The Plaintiff did disclose how relief could be sought under 28 USC 1915 € (2) (b).

18. Line 10 states. "indisputable meritless".

19. Line 14 states, when "clearly baseless" & line 18 states, "a job incomplete".

20. Line 18 is not apart of this filing of a Motion of Writ of Habeaus Corpis, under Informis Pauperius.

21. Line 20 states, at No. 8, the Plaintiff offered little in the way of factual allegations.

22. The motions were filed in good context, the disclosure of the assault was in Discovery, and the visual photography was admissible to the courts.

23. The merit of the case is valid, "Good Cause" would be satisfactory for the Plaintiff.

United States District Court Western District of Washington

"Presented By: Meredith Mcglown, Appl. # CGBR 650564"

"S/ Meredith McGlown"

"Dated this 13th day of July, 2023"

United States District Judge"