AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### 9Th District of WAShington state

| | |
|---|---|
| Meredith MCGlown | ) |
| *Plaintiff* | ) |
| | ) Civil Action No. |
| ASIA People's Republic et. Al | ) 23- CV-00153 JNW |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Dept. of Defense / PentAGon office of Director of National Intelligence PHenoETHylene AGent

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: 700 STEWArt st. SeAttle, WA 98109 | Courtroom No.: |
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable):* All Security cleared ID's, weapons, cell phones + objects needed for your protection. As well As any Procurements, supplements, Releasures And Documentation that need to be filed with the courts, federal Agencies, And Delivered to the plaintiff in regards to the plaintiff, the US Government Or personnel Assigned to this Restricted Area.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/03/23

| CLERK OF COURT | OR | |
|---|---|---|
| | | *Meredith McGlown* |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |
| | | Att. for the plaintiff + plaintiff |
| | | CGBR # 650564 / 461483 WA BAr # |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* MereDITH McGlown _____, who issues or requests this subpoena, are: 1205 THomAs st. # E27 SeAttle, WA 98109-5959 (206)373-1549 (cell) / (206) 250-8742 (Bus)

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any) _____

on (date) _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: VIA US Mail to
DOD-Office of Intelligence Debriefing 1400 Defense Pentagon Washington,
DC 20301-1400 _____ on (date) 8/25/23 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/23 _____

Meredith McGlown
Server's signature

Meredith McGlown, Attorney for plaintiff
Printed name and title CGBR # 650564 /
WA BAR #461413

1205 THOMAS St. #E27 Seattle, WA
Server's address                98109-5959

Additional information regarding attempted service, etc.:

Please submit AN expense sheet with your Divisional Unit. Please Expect
hostile citizens & Military Drops rejected by your Division. This
is AN Political overthrow Situation of Goverance Against the USA.
CRT RM Date & Time is set per Circuit Congressional Judge
Ruling.