AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
9th District of Washington State

Meredith McGlown
*Plaintiff*

v.

Asia People's Republic et al
*Defendant*

Civil Action No. 23-CV-00053 JNW

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: United States Department of the Federal Reserve
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Release Tax parcel # 14326004IDD34383, Registered under Duns # 117710305 with federal ID# N344, Acct. # 773011 to Meredith McGlown, Escrow Holder/ Principal Holder, Escrow Acct. # 150326508/ 2010029200l0000

| Place: 1205 Thomas st. #E27 Seattle, WA 98109-5959 | Date and Time: August 25th by 10 pm |
|---|---|

☒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it. Also to reside in her property, plaintiff is an LTR tax exempt Registrar.

| Place: 1205 Thomas st. #E27 Seattle, WA 98109-5959 | Date and Time: August 25th by 10 pm |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/23/23

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

Meredith McGlown
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Meredith McGlown 1205 Thomas st. #E27 Seattle, WA 98109-5959, who issues or requests this subpoena, are: (206)373-1549 (cell) / (206) 250-8742 (Bus) ADAMSONMeredith@gmail.com Atty. for the plaintiff CGBR # 656564 / WA BAR # 461483

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 2:23-cv-00153-JNW   Document 30-1   Filed 07/24/23   Page 2 of 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: VIA US MAIL
FDIC : SM: LD: ESS 550 17TH ST. NW WASHINGTON DC 20429
on *(date)* 7/23/23 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/23

Meredith McGlown
*Server's signature*

Meredith McGlown, Plaintiff, AH. for the Plaintiff CGBR# 650564
*Printed name and title*

1205 Thomas St. #E27 Seattle, WA 98109-5959
*Server's address*
(206) 373-1549 (cell) / (206) 250-8742 (Bus) AdamsonMeredith@gmail.com
WA BAR # 461483

Additional information regarding attempted service, etc.:

Certified legal Document Releasure Article of Incorporation can be delivered by UPS, Fed-Ex, DHL or USPS Delivery. What ever delivery service that is Available rather private service carrier or corporation service deliverer. The Date is precedences per DC Code.