# UNITED STATES DISTRICT COURT
for the
9Th District of Washington State

Meredith McGlown
*Plaintiff*

v.

Asia People's Republic et.Al
*Defendant*

Civil Action No. 23-CV-000153 JNW

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Joint Chief of Staff of the Department of Defense
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 700 Stewart St. Seattle, WA 98109 | Courtroom No.: |
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/23/23

**CLERK OF COURT**

OR

_____
*Signature of Clerk or Deputy Clerk*

Meredith McGlown, Attorney
*Attorney's signature* for the plaintiff

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Meredith McGlown 1205 Thomas St. #E27 , who issues or requests this subpoena, are:
Seattle, WA 98109-5959  AdamsonMeredith@gmail.com / (206) 373-1549 (cell) / (206) 250-8742 (Bus), Appl. WA Bar 461483, CGBR #650564

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: VIA US MAIL
DOD - Office of Intelligence Debriefing 1400 Defense Pentagon
Washington, DC 20301-1400               on *(date)* 8/25/23       ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/23

*Server's signature*

MEREDITH McGlown, Plaintiff
*Printed name and title*

1205 THOMAS St. #E27 Seattle, WA 98109-5959
(206)373-1549(cell)/(206)256-8742(Bus)     *Server's address*
Adamson.meredith@gmail.com

Additional information regarding attempted service, etc.:

Please be prepared for AN political overthrow of Governance from your intermural office and be aware of the Area that you are entering is an illusion that all is well here but is hostile dangerous & set to terminate your life. It is restricted with NONregistered criminals, convicted felons & corporate fraud instinigents. Set RM Date & Time is set per Circuit Congressional Judge Ruling