# UNITED STATES DISTRICT COURT
for the
9Th District of Washington State

Meredith McGlown
_____
Plaintiff
v.

Asia People's Republic et. al.
_____
Defendant

Civil Action No. 23-CV-00153 JNW

FILED LODGED ENTERED RECEIVED
JUL 24 2023
BY CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
DEPUTY
CR

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: United States Department of Fiscal Services the Dept. of Treasury Bureau of
(Name of person to whom this subpoena is directed)

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Releasure of Tax Parcel #1432600410034383, Registered under DUNS # 117710303 with federal ID # N344, ACCT # 773011 to Meredith McGlown; Escrow Holder/Principal Holder. Escrow ACCT. #1503260508/20100092010000.

| Place: 1205 Thomas St. #E27 Seattle, WA 98109-5959 (206)250-8742(Bus) (206)373-1549(Cell) | Date and Time: August 25th by 10pm |

☒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Also, Contract of property with title Holder exchange forms, filled out & registered in King County

| Place: 1205 Thomas St. #E27 Seattle, WA 98109-5959 (206) 373-1549(cell) | Date and Time: August 25th by 10pm |

under plaintiff's name. (1) copy to plaintiff.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/23/23

CLERK OF COURT

OR

_____
Signature of Clerk or Deputy Clerk

Meredith McGlown, plaintiff
Attorney's signature Attorney for the plaintiff

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Meredith McGlown
1205 Thomas St. #E27 Seattle, WA 98109-5959 , who issues or requests this subpoena, are:
(206)373-1549(cell) / (206)250-8742 (Bus) Adamsonmeredith@gmail.com - Appl. CGBR# 650564

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Via US Mail
FDIC: SM.LD.ESS 550 17th St. NW Washington DC 20429

on *(date)* 7/23/23 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/23

*Meredith McGlown*
Server's signature

Meredith McGlown, plaintiff, Att. for plaintiff
Printed name and title  Appl. CGBR # 650564

1205 Thomas St. # E27 Seattle, WA 98109-5955
Server's address

(206) 250-8742 (Bus) / (206) 373-1549 (Cell), WA Bar # 461483  Adamson Meredith @ gmail.com
Additional information regarding attempted service, etc.:

Certified copies of all title tax parcel properties that belong to the plaintiff should be registered in King County, A copy of title registration should be in the principal Holder/Title Holders name & delivered to the address listed, receipted and signed by the proper Authority Agent.
  THANK YOU