UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN, | CASE NO. 2:23-cv-153 |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| ASIA PEOPLE'S REPUBLIC, CHINA PEOPLE REPUBLIC, TRIAD CHANG, and JINPING XI, | |
| Defendants. | |

This matter comes before the Court on Plaintiff Meredith McGlown's "Motion Showing Cause." (the "Motion") Dkt. No. 29. The Court construes this motion as a Motion for Reconsideration of the Court's July 3, 2023, Order dismissing Plaintiff's complaint. Dkt. No. 26. The Court dismissed Plaintiff's complaint for failure to state a claim. *Id.* at 3.

"Motions for reconsideration are disfavored." LCR 7(h)(1). Plaintiff has filed the Motion asking the Court to show "good cause" for dismissing her case. Dkt. No. 29 at 4. Under LCR 7(h)(1) the Court ordinarily denies motions for reconsideration in the absence of a showing there was an error in the prior ruling or showing new facts or legal authority which could not have been brought to the Courts attention earlier with reasonable diligence. *Id.* "The motion shall point out with specificity the matters which the movant believes were overlooked or misapprehended by the court, any new matters being brought to the court's attention for the first

ORDER DENYING MOTION FOR RECONSIDERATION - 1

time, and the particular modifications being sought in the court's prior ruling." LCR 7(h)(2). No response to a motion for reconsideration shall be filed unless requested by the court. LCR 7(h)(3).

Plaintiff fails to bring comprehensible facts or legal authority to the Court's attention that would meet the local rules' standards on a motion for reconsideration. Instead, she restates points previously mentioned in her complaint and claims that she is licensed to practice law in Washington, which the Court has previously cautioned her against doing without proof of her licensure, as wrongfully holding oneself out to practice law can give rise to criminal penalties. Dkt. No. 23 at 1.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Reconsideration is DENIED.

Dated this 2nd day of August 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2