UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN, | CASE NO. 2:23-cv-153 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ASIA PEOPLE'S REPUBLIC, CHINA PEOPLE REPUBLIC, TRIAD CHANG, and JINPING XI, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: This case was dismissed by Order of Dismissal entered on July 3, 2023. Dkt. No. 26. Two days later, on July 5, 2023, Plaintiff McGlown filed a "Motion for Sanctions" and a "Motion of Exhibit Rainbow." Dkt. Nos. 27, 28. Because this matter is now closed, McGlown's July 5, 2023 motions filed after dismissal of this action are DENIED as MOOT.

Dated this 2nd day of August 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

/s/ Serge Bodnarchuk

Deputy Clerk

MINUTE ORDER - 2