United States District Court of Western Washington

```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED

         AUG 1 0 2023   JC

        AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

United States District Court Western District of Washington

FRCP 9013 (1) (d)

Assigned To: Judge Jamal N. Whitehead

Meredith McGlown, Plaintiff

Vs.     United States District

Court of the Western

District of Washington

Case #23-cv- 000153JNW

Asia People's Republic, et. al, Defendant

Motion for Exhibit

Exhibit Dishonored

> The plaintiff would like to enter exhibit dishonored before the court.
>
> 1. Exhibit A of Exhibit Dishonored – 3 pages -is a copy of a letter sent to the Department of Licensing, Directors Office, located at P.O. Box 9020, Olympia ,WA 98507-9020 on 03/13/2023. The director was notified of the terrorist act against the plaintiff and the identity theft was reported to the Department of Licensing. The

United States District Court of Western Washington

   Director did not waive the fee according to the state law passed at the Washington Senate Office of Administration for the reduction of fee due to the "Ex President" Al Gore's extremist group members using the public civilians to try to escape the law in this area, after the murder of several US Marshals.

2. The identity theft was to be rectified with the Department of Licensing for all of those who were victimized by the group and the terrorist act. When the Plaintiff went to get a new photo taken the clerk at the Department of Licensing stated, that a photo replacement could not be done without taking a new picture and that the fee could not be waived. The Director did not notify the agency to clear the deduction cost. Exhibit B of Exhibit Dishonored (front) – 2 pages- is a copy of a State Representative

United States District Court of Western Washington

that was listed illegally who also was involved in the corporate fraud of the Public Storage that the plaintiff filed with the King County Superior Court in the Matter of Meredith McGlown- CEEO of Al Ahmadayyia Foundation Group, LLC. DBA Khalifa's Essential Choices, Inc. Vs. Brandon Johanson, District Manager of Public Storage. The photoed State Representative switched identities in the act between her & her 3 sisters to delude & extort the Plaintiff & the law when pursuit of justice of the tax parcels were being defrauded financially in the Seattle, WA area. On the back of Exhibit B of Exhibit Dishonored is a photo of the Department of Defense Intermural Affairs Agent, Steven Spencer, who was an Ex- Secretary of Treasury for the United States Treasury Dept. . He was an Secret Service Internal Affairs

United States District Court of Western Washington

Agent prior to that, that worked on the case of the Plaintiff involving the Matter of Meredith McGlown Vs. The United States of America, Africa & China, case #04-23470188 USCC- Special Circumstance. DITCO ID 500766869 & case # IN RE Woodrow, Bank of Registry in the 8th Circuit in 2015. Special Agent Spencer was sodomized, held hostage, extorted & genetyped to a specimen of unknown origin. His life was asked in lew of financial funds from the Plaintiff after her assault in 2016. She sought to make an cashiers check in exchange for him under the name of John Gonzales, which was the name of the person posing as an agent to receive funds for the releasure of his persons. The Plaintiff has submitted the copy of the document in another matter filed on

United States District Court of Western Washington

behalf of the agent & herself, which was mandated from the US 9th Circuit Appellant Court.

3. Exhibit D of Exhibit Dishonored is several filed TIN numbers with the IRS of the plaintiff and they are filed in her centralized file in Washington DC. The Plaintiff is the tax filer with the filings in her Escrowed Probate Estate . 15 pages

4. Exhibit E of Exhibit Dishonored is a copy of another name used when Federal agents were being sought & victimized. The asking of the newly registered agents for this area was clear and was the words spoken to me. The name of the gentleman was in an active xxx confidential file and sealed. 2 pages

5. Exhibit F. of Exhibit Dishonored is a copy of the orchestrated attempt of the Defendant to defraud the Plaintiff of her merchant

United States District Court of Western Washington

goods, Actuary Seal Commissions and paid assets to her company CenturyLink Cable Corporation, while trying to recover the kidnapped body of the daughter of XIAOJing from an known pedophile. Extremist members were intercepting the mailed money orders, ACH debits and cashier's checks of clients for services rendered. The Plaintiff suffered several disconnections, non-authorized accesses to her accounts, and bank deductions from her **Dept. of Treasury ACH debit card. 1 page**

6. Exhibit 6 of Exhibit Dishonored is a copy of the ACH debit small incremental deposits done by Wells Fargo Bank where the funds that were extorted from the Accounts through the payroll department were being scheduled to be transferred into one of the 'extremist" community members accounts. The account was in the

United States District Court of Western Washington

sons name who is named after the father Dylan Matthews. The transaction was intercepted by FinCen investigation unit. A check was already scheduled to be mailed from the banking checking system corporation. The check arrived unbeknownst to me to my address with my unit number on it. I suspected the child was not in the custody of the parent and ask for Child Protective Services to visit the address after several days of non- attendance at school. 1 page Front & Back

7. Exhibit K of Exhibit Dishonored is a copy of the actual proof of Asia being in the area, the great grand mother being in attendance at her job, after filing a missing persons report in regards to the minor Lim Yen. Ms. Kathy Yamamura is an XIAO Senior Advisor on the Asian Women's Coalition Committee. She was here trying to get

United States District Court of Western Washington

custody of her great grand daughter who had been placed through protective services in their custody due to severe rape and disfigurement. Her womb had been surgerically removed from her body. Nigil Yamamura, General Ambassador of Asia was not allowed to have custody of the child due to him being pointed out in a line up as the one who raped the minor. Ms. Yamamura testified to having seen a copy of the Plaintiff and identified that person as being the one who was contacting & conversating with her in regards to how she could get the minor Lim Yen back. The Plaintiff was not the person picked out in the line up on several different occasions from several expert agents. 1 page

8. Exhibit I of Exhibit Dishonored is a copy of the State of Washington ID (front & back) with the plaintiff's information on

United States District Court of Western Washington

it. It was contested by the Plaintiff after being victimized for identity theft. The State of Washington Administration Committee filed control # WDL37Z76C33B that waived the administrative fee for the replacement. Due to the fact of the community of citizens suffering identity theft and being used as an decoy for the terrorist. A Senate Bill was passed. The information is the plaintiffs but the face is of another person. The DMV Agency camera took the picture, but it was altered with someone else's face. The Washington State ID was taken after the assault of the Plaintiff after relocating to Seattle Washington, after testimony against a drug cartel. 2 pages front & back

9. Exhibit J of Exhibit Dishonored is a copy of the Initiative Option Prospectus of the Plaintiff after liquidation of shares from the

Japanese Brokerage Market, when both parties in this case were separating their joint business. As you can see we did have an Pharmaceutical Corporation and it was extorted and held at bay on the Dow Jones Index in a black market biding platform. The Plaintiff did not give anyone permission to use, look at it, or place it up for bidding. The medical corporation was to be used to help manufacture DNA erasing material & medications that would impair children for the extremist child trafficking organization. As you may note it is an Note Prospectus and is heavy in cash value assets. Yet the local banking administration would not deposit it into my active business account. I was denied the depositing of an Initiative Prospectus. I was denied the depositing of my merchant account assets from my corporation as well. The local Civil

United States District Court of Western Washington

Federal employees were here illegally and had tried to extort me in the past but wind up being convicted for drug manufacturing. My new restructured corporations after all their damage did not consist of them being my CEO's or my Senior Chief Advisors any longer. It was discovered that drug money & an child molestation ring was using my inherited corporations accounts & credit lines to filter drug money through them. I sought to disable such a community of individuals. I did not believe that my father left me it to allow for a ring of people to have a means to quietly hurt innocent children. I was once one of those children unbeknownst to them. 9 pages (A) / 14 pages (B)

10. Exhibit J of Exhibit Dishonored is a copy of the Dow Jones initiation from an Secret Service Agency of the Internal Affairs Unit

United States District Court of Western Washington

that was submitted after an investigation in the area because I was not

receiving and have not received my monthly allotments from the

Dept. of Treasury in it's true value asseture. I was being extorted for

funds, agents were jeopardized and $914.00 was my total income.

The initiation was for my Private Wealth Management Accounts with

Dreyfus, Bloomberg and New York Mellon Federal Reserve Bank. I

had shares that had been liquidated and funds that were never

received. It was made priority. 14 pages

11. Exhibit K of Exhibit Dishonored is a copy of my request to the

FRFS for a refund for the Public Storage incident of fraud. 3 pages

"Presented by: Meredith McGlown CGBR# 650564 / WA BAR #461483"
"Dated This 13Th Day of August, 2023"
"S/ Murdoch Mcadam"
United States District Judge