UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN,<br><br>            Plaintiff,<br><br>   v.<br><br>ASIA PEOPLE'S REPUBLIC, CHINA PEOPLE REPUBLIC, TRIAD CHANG, and JINPING XI,<br><br>            Defendants. | CASE NO. 2:23-cv-153<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: This case was dismissed by Order of Dismissal entered on July 3, 2023. Dkt. No. 26. On August 10, 2023, Plaintiff McGlown filed a "Motion for Exhibit Dishonored." Dkt. No. 34. Because this matter is now closed, McGlown's August 10, 2023, motion filed after dismissal of this action is DENIED as MOOT.

      Dated this 25th day of August 2023.

                                                   Ravi Subramanian
                                                   Clerk

                                                   */s/Serge Bodnarchuk*
                                                 Deputy Clerk

MINUTE ORDER - 1