# United States District Court of Washington

FRCP 9013 (1 )

Assigned to: Judge Jamal N. Whitehead

Meredith McGlown,

Plaintiff

Vs.

Asia People's Republic et. al,

Defendant

Motion for Exhibit

Exhibit A & B

Case # 23-cv-00153JNW

United States District Court of the

Western District of Washington

1

TP/ 23-00153JNW

Meredith McGlown, Att. For Plaintiff
CGBR# 650564/ WA Bar# 461483
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206) 373- 1549 (cell)
(206) 250-8742 (BUS)

United States District Court of Washington

A) This is an photo of an child that belong to the Abudukarim Organization community of voo-doo worshippers who called themselves "Muslims" and tried to associate themselves with the Actuary's Organization of the " Nation of Islam". The organization had enslaved the Plaintiff in prior cases and was remanded to pay compensation to the plaintiff, instead they made it to the regional area of Seattle, WA where they threatened to kill the " President" of the United States who had been freed from their organization and raped the Ex - Director of the Compass Cascades Women's Alliance Center's daughter. There are pictures of them as adults and as children birth through animals and the womb of innocent children in an incubation process. The wombs were fitted to stretch but the child could not bear the pain of the animal. Some were as large as horses. They were kept in remote locations at

2

TP/ 23-00153JNW

Meredith McGlown, Att. For Plaintiff
CGBR# 650564/ WA Bar# 461483
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206) 373- 1549 (cell)
(206) 250-8742 (BUS)

United States District Court of Washington

times and deprived of food. The girl is the daughter of the convicted Ambassadors Abudukarim of the Republic of the Nation of Africa. Abilla Mohammad took his position after being released but could not provide adequate financial reports to the IRS in order to sustain as an country in the region of Africa. He was tried & convicted of over 1000 cases of molestation & intent to murder.

B) An photo of a minor who was used as an extortion means to help the nation of Africa, yet the child was an adult named Robert Dutton then rebirth through an " Death Morph " Program to an infant after the rape of my persons and many other women in the ordeal. This child is full E.Coli & HIV Strain 9. Retaliation took place when I refused to sponsor, support or

3

TP/ 23-00153JNW

Meredith McGlown, Att. For Plaintiff
CGBR# 650564/ WA Bar# 461483
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206) 373- 1549 (cell)
(206) 250-8742 (BUS)

United States District Court of Washington

finance any of the community church events that supported such programs. These programs were found to be of an ungodly nature full of rapist, deprivation of both human people & animals. Bacteria's with no known cure were present and the contamination was an level 8 degree. Hep A exposure was present when the group used the African Safari app they stole from the corporations in America after one or two of their previous members being released from prison. They just got out and relived the same scene they had before they were incarcerated.

Dated: 07/27/2023    By: Meredith McGlown, Plaintiff

Meredith Mcglown, Att. for the Plaintiff

Meredith E. Mcglown Att. at Law

4

TP/ 23-00153JNW

Meredith McGlown, Att. For Plaintiff
CGBR# 650564/ WA Bar# 461483
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206) 373- 1549 (cell)
(206) 250-8742 (BUS)

United States District Court of Washington

CGBR# 650564/ WA Bar # 461483

1205 Thomas St. #E27

Seattle, WA 98109-5959

(206) 250-8742 (BUS)

(206) 373-1549 (cell)

adamsonmeredith@gmail.com

Emcglown345@yahoo.com

MMcglown@outlook.com

Emirates of Israel Seal Warrant # 1803341910 Exp. 01/23/2032 & 180331910 Exp. 01/13/2032

"S/Meredith Mcglown"

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1803341910

5

TP/ 23-00153JNW

Meredith McGlown, Att. For Plaintiff
CGBR# 650564/ WA Bar# 461483
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206) 373- 1549 (cell)
(206) 250-8742 (BUS)



Exhibit B

Joinder - E97-09066-KAO +

CASE 23-CV-000153 JNW

**Tarikayew**
Before

Exhibit A

Joinder - E97-09066-KAO +

CASE #23-CV-000153 JNW

**Tarikayew**
After receiving help from the
*Hand of Hope* Pediatric Specialty Clinic
thanks to donors like you!