UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN, | CASE NO. 2:23-cv-153 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ASIA PEOPLE'S REPUBLIC, CHINA PEOPLE REPUBLIC, TRIAD CHANG, and JINPING XI, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: This case was dismissed by Order of Dismissal on July 3, 2023. Dkt. No. 26. Nevertheless, on October 3, 2023, Plaintiff Meredith McGlown filed a "Motion for No Response to Motion for Reconsideration." Dkt. No. 40. Because this matter was already closed at the time it was filed, and the time for filing a motion to reconsider has passed, the Court DENIES McGlown's October 3, 2023, motion as MOOT. *See* LCR 7(h).

The Court will not consider any further filings under this case number. Any future filings under this case number will be STRICKEN.

Dated this 3rd day of October 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

/s/Serge Bodnarchuk

Deputy Clerk

MINUTE ORDER - 2