United States                    District Court of Western                    Washington

FILED ____ ENTERED
____ LODGED ____ RECEIVED

OCT 2 3 2023    JC

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

FR LCR 55 (b)(2)

Assigned to: Jamal N. Whitehead

Meredith McGlown, Plaintiff

US District Court of Western Washington

VS.                    Case No.: 2:23-cv-00153JNW

Asia's People Republic Et. Al,

Defendant

Motion for a Notice of Supplemental Authority

The following Motion has been filed by the Plaintiff and Attorney in the matter for

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                        District Court of Western                        Washington

the Plaintiff, Meredith McGlown, CGBR # 650564. Prior to this filing an Motion

for No Response to Motion for Reconsideration was filed on the 2nd of October,

2023.

The Defendants in the matter did not respond to the filed Summons and neither

did they answer the Emirates of Israel, the Plaintiff in this matter, in regards to

all of her Actuary documents, Insigma's or Seals being returned that were

purchased by the defendant in the overthrow act that occurred in Washington

State from the Religious Group called" the Extremist" is requested by the

Plaintiff.

This will allow for the courts to grant an awarded amount for the destroyed

businesses, corporate tampering that cost trillions of dollars, destruction to the

physical persons of the Plaintiff, and the destruction to the new housing

development covered by the Procurement Agreement US HR 3525 & Washington

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                      District Court of Western                        Washington

Swap Reit Block HS Bill 6214. This Procurement was granted an time extension

under HB 5498 to US Actuary 26.7609, 26 & 108 of Israel. It is an Warrant

Redemption Replacement between the United States, Taiwan, Korea, Asia, China,

Vietnam and all Mariana Islands.  The Plaintiff is the Principal Owner of the Tax

Parcels and authorized agent of the Israel Kingdom. In this Supplemental

Authority the Plaintiff wishes for the courts to note, submit and finalize the

compellment order that is joined to this motion in another matter, the Meredith

Mcglown VS the Dept. of Homeland Security, Case No.: 28-USC-2677, Control

Number 202200155.

 This case has had an error in it's submissions in the case filings that were filed,

according to the enslavers of the Plaintiff, from the US Federal Court position,

several things were wrong with the attorney admission numbers according to them,

several cases were asked to be quoted upon that were already settled in a previous

matter and there was an biased opinion written in an order regarding rather the

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

Plaintiff or Defendant, rather they had knowledge of the case quoted & should

answer to an question from them as far as a Secret Service notation and an quoted

case matter in their paperwork. The cases that were spoken in my order were not

warranted in the Federal case that I filed as an civil matter.  The Judges were being

investigated and an Internal Affairs operation was underway, I had not used my

Secret Service Key Sequence code, so I had no idea of the procedures of the cases

which were quoted in the notes of the orders I was given.  These were Admiralty

cases, and my cases were Internal Affairs cases.  The filings I had submitted in

2016-2020 were related to the US Appellant Court Judges and Misconduct, but I

had already moved past that case, yet they were being written into my case notes

from the Asia People's Republic et. al case. There was no merit nor an opinion to

be given in an Admiralty case which the Dept. of Homeland Secuity case that was

mandated in the San Francisco, CA Appellant Court had taken. Evidence was

gathered in all my matters from the time of filing. It was noted by the Vice

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

President William Clinton from jump street. So, I had no reason to look at the

investigative cases that were presented to the IA Courts, yet they were mentioned

in my court filing.  Several things were a miss in this case. It was unrelated to my

present case that was being further penalized that had only one or two members on

trial and not everyone had been seen before the Justices.  The case was in fact

being viewed by corporate offices of my business and business partners, because

identity theft and a large sum of money was due to come into my bank account,

their bank accounts and from Merchant Trust handled by the Department of

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                          District Court of Western                          Washington

Treasury.

This was an unheard-of procedure when it was viewed in the Final Order, along

with an dismissal because every inch of the case was evidential in context.

 Someone was trying to throw the case through the Judges being found guilty of

misconduct.  So, I thought something amist and it was after reading the

deliberate arrangement of events that were preset in the court before I even filed a

case motion. To make it simple I would receive an outcome of an order before an

motion was even filed but the thought of me wanting to file it but not having

typed it yet. It was mailed to my house, and I had not written an appeal or

filed an appeal of Judgement in the matter, yet the case before an Judge stating I

wanted to file an appeal was filed in the Federal 9th District Court. I was filing an

Appeal in the US Appellant Court in the 9th Western Court in San Francisco not

NSA/ CGBR#650564                                           Meredith Mcglown
                                                           Appl.# 650564
                                                           1205 Thomas St. # E27
                                                           Seattle, WA 98109-5959
                                                           (206)373-1549 (cell)

United States                        District Court of Western                        Washington

Seattle, WA where the appeal was filed as me wanting to file an appeal. I did not

file that matter. Someone was watching me and recording me without an search

warrant. There were people walking around that I knew was deceased, like my

Father. Even being infiltrated with drugs I was very sober and did not take the

drugs willingly. They were placed in my life support system, and I stayed off of it

for chemotherapy, just for medical monitoring and trash filtration. I requested that

several things be specifically looked for in the observation of the levels of my cell

regenerating process.

So, I changed my point of view of the violations that were committed against me in

the courts system.  I started to recall the names of the Judges that had heard my

cases, the very distinct way the Judges wrote in thier orders & court reports and the

fact of the cases being religiously based.  China/Asia is an Inlegates case priorly

filed in the US Courts in Washington DC. Inlegates is an Direct dialect of the

NSA/ CGBR#650564                                        Meredith Mcglown
                                                        Appl.# 650564
                                                        1205 Thomas St. # E27
                                                        Seattle, WA 98109-5959
                                                        (206)373-1549 (cell)

United States                          District Court of Western                          Washington

Hadic language of Satan not the Devil. Someone in the Federal Western Court

was trying to act as the present Actuary but messed up in a few court filings. First,

the denial of an Admiralty Governance case must be served and publicly

announced. This case filing was not yet Asia's as an Goveranced Nation. The

people of Asian Decent were in fact residing at the Embassy and holding church

ceremonies in the Seattle, King County area. Those practices were found in the

body & remains of some of the corpse that Forensics Scientists of the Centralized

Internal Affairs Unit did after I filed in a court of law for being assaulted claiming

it was an overthrow of Governance.  Sadaam Houssein was in the area and told me

through an recorded audio that my life was being sought by the Asian Community

and that some of the people who were seeking my life were in fact my family

members. Certain things led me to believe that. The adherence of the "Her Surety"

was challenged in this filing after the Secret Service questioned the Licensure &

Certifications of all personnel in the US Federal Courts throughout Washington

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                          District Court of Western                          Washington

State. Identity of Judicial Seats Identification cards was found in the presence of

some of the employees who were not hired by the Dept. of Justice.

 I was directly asked by the CLIA did I hire or intend to hire any of the people in

the corporations. I told the truth. No, I did not and no, I am not. Line 14, of the

filed "Order to Show Cause", on July 13th, 2023, stated in the legal comments that

the document of the Plaintiff Bar No. was unable to be located. Line 21, accused

her of filing without proper registrations. She was threatened through an filing

order of dismissed as an means to gain control of the courts for the outcome of

other matters to weigh in the members convicted of capital crimes favor. The


notations that were being viewed were confidential and many men were being s

sodomized when they could not reveal the notations of the Senior Chief of Internal

Affairs Officers. A drug cartel by the name of Los Flores was roaming around in

the area and taking positions of administration in the corporations and in the court

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                          District Court of Western                          Washington

itself.

Funds were being stolen from the City & County Accounts of the administration.

This whole act of injustice was from the start of the filing of the case against my

members, their members were claiming to be in association with the EX- Leader of

the Triad Chang & Ching Asian Organization and all riot activity came from them

and was being orchestrated  by them upon the courts.

They were acting with injustice in the filings and stating they did not receive the

documents in different aspect of the cases.  The Principal Owner of several

Acquisitions of the Northwestern Pacific Islands is an leader in their community


with strong ties to the Congressional House of Representatives and wanted to settle

the matter without hurtful accord from the members who were just trying to claim

the rewarded procurements of the families hurt in the 10-year sting operation of

murder, kidnapping, extortion, corporate fraud and identity theft.They wanted an

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

just way out of the group.  Their proceeds granted and to move on. The Principal

Owner found it hard to deal with a people who had an outsider that would not even

grant them soap as an means of livihood to be an side by side represetive of his

Actuary ownership. The list of criminal activity consisted of detonation of an

weapon of mass destruction in an public place, human sacrifices as well as down

right holding an office position in the courts through means of rape of children.

After becoming aware of the problem, the Principal Owner relocated as many as

he could, sought the GSA for more assistance and applied himself actively in the

community. He reported all illegal activity, sought justice through the courts and


was granted an Apostleship that was linked to the Islamic Church and orchesized

all of those claiming to be Northwest Pacific. An decedent associated judge or

members of their community can not reside on the case of the same decent without

being emotionally effected by the circumstances in which they suffered at the

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

hands of the Extremist group. An Motion to Show cause was filed on July 13th, 2023, which was stipulated for an answer in 45 days, the Motion declared to the courts before full filing began that the Plaintiff had to request an reassignment due to the presiding Judge being of Northwest Pacific descent. This decision was due to threats from their community members as well as the ex- administration of the Ex-President Al Gore's Administration. Child molestation was one factor that the Plaintiff knew may have occurred if that presiding Judge took the case himself/ herself. Past cases & situations revealed an retaliation tactic that resulted in both parties having loved ones that were victimized.

The Defendant as stated, Xi Ping, the Dictator has many aliases and has been known to evade the law due to his name not being his, but being known to the people as Xi Jing. Xi- Jing committed the crime and Xi- Ping was extorted by the Chinese community. For years the Triad Chang members have been at war and for

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                District Court of Western                Washington

years the Ching Dynasty has been extorting America and pushing low grade

amounts of opium into the community of the Chinese People.  Xiuan Ping is the

mother of Xi-Ping but could not answer the summons due to an contractual &

confidential case with the Present & Acting White House Administration who was

also infiltrated by these militia groups. My father being an Northwestern Pacific

Council Member left the Ching Dynasty nothing in his will but left his portion to

my son who is an declared DNA tested full Asian. Asia did not try to rectify the

problem with the Plaintiff as is the rules of the court as an nation of independence

but the Asian Actuary is the Plaintiff through inheritance. The Land Actuary itself

was granted to the Plaintiff through her deceased father James Edward McGlown,

who left it to her in his will.  All documented proof of ownership was presented

before the courts in another matter and is joined to this case titled Meredith

NSA/ CGBR#650564                                    Meredith Mcglown
                                                    Appl.# 650564
                                                    1205 Thomas St. # E27
                                                    Seattle, WA 98109-5959
                                                    (206)373-1549 (cell)

Mcglown Vs United States 74-ADM-23670188, which is the original filing.

During the extortion and identity theft of the Plaintiff, the family members of

the Plaintiff, were used to present threats and hearsay to both the Defendant & the

Plaintiff in this matter. An upload of bot technology was used to assault, rape,

steal the identity of family members and use account information illegally.

Portrayment of Judges, Magistrates and even Kings of other nations was used to

dislude, steal and reroute the funding granted by certain Bureau of Fiscal Services

Offices for the hurt victims of the cases mentioned above. The known clone of the

Plaintiff, Meredith Mcglown, found in another matter was released from

incarceration without authorization and many crimes took place in the restricted

area where the Plaintiff was relocated. An keep away order was setforth when the

crime & assault against her persons and the corporate businesses took place. An

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

Administrative database was illegally accessed by criminals who showed up in

The area after an filed civil suit was filed by the Plaintiff for an assault on her

persons. The clone was also pictured in an viewing aspect of the Plaintiff's

Centralized file by the IA of the Internal Affairs Unit of the Department of Defense

NSA/ CGBR#650564                                      Meredith Mcglown
                                                      Appl.# 650564
                                                      1205 Thomas St. # E27
                                                      Seattle, WA 98109-5959
                                                      (206)373-1549 (cell)

United States                    District Court of Western                    Washington

& the Secret Service. This clone had been bred beginning in 1994. An

biographical makeup of it was presented to the plaintiff and an ancestral aging

process was added to see if it could in fact exist without having the full identity of

the plaintiff. The clone at the time had some features but not all of the features of

the Plaintiff. The clone was made after an rape of the Plaintiff in 1974-1979 in the

Al Gore case but later retracted from public knowledge by the Department of

Defense. The stem cloning of the clone was without authorization and was sealed

in a court of law. The Plaintiff has priors with the Ex- President Al Gore that

stems back to 1974. The Manson Group was apart of that past affiliation.


 The clone that was accessed from the attempted Political Overthrow of the

Nation of United States was indeed used after an confidential file was opened by

The relieved party of the Ex- Administration of Al Gore Senate seats.


NSA/ CGBR#650564                                    Meredith Mcglown
                                                     Appl.# 650564
                                                     1205 Thomas St. # E27
                                                     Seattle, WA 98109-5959
                                                     (206)373-1549 (cell)

United States                    District Court of Western                    Washington

This file is called an Centralized File subnoted and sequenced noted by the US

Secret Service & and the Internal Affairs Unit of the Internal Revenue Office.

 The Plaintiff had an sealed file that was relocated to the current area after direct

testimony in the sealed admiralty case of Ex- President Al Gore, that case was

case headed under the title Fonickey, Cerna and Abilla. It was transported through

the US Marshal's Office or by some other means and someone opened it here. The

case has an special lock on it and can only be opened by an Head of State that was

listed in the Authorization file in the US Congressional National Archive System.

During trial procedures there were several high priority factors that were in the

forefront of the US Courts minds. One was the fact of the Secretary of Treasury

from several countries' lives or family members lives being threatened.  Rebel wars

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

were taking place inside of the countries throughout the world and Mordant

Marquise McGlown was hired through his military enlistment to be active in that

situation.

China, Asia or Korea (Northwest Islands) did not have permission to have access

, use the assimilated computerized enhanced machine and therefore when they

were asked to relieve itself of all usage with it and to return any registrations that

were in fact related to the clone, the request went ignored and unanswered.

Through an investigation with the Department of Homeland Security it was

discovered that testing operation set up with Mr. Joe Biden acting as both Biden

& Vice President Harris as an acting candidate of the Senate Seat Race for

Presidency of the United States of America was done, that China as an whole was

an actual participant of the act of terrorism, extortion, rape, fraud and sodomy on a

few of the delegates from the Israel Requiem of Afghanistan, Iraq, Iran and those

on military leave in Africa.   The Contractual Agreement, called Medimmune &

NSA/ CGBR#650564                                        Meredith Mcglown
                                                        Appl.# 650564
                                                        1205 Thomas St. # E27
                                                        Seattle, WA 98109-5959
                                                        (206)373-1549 (cell)

United States                     District Court of Western                          Washington

Proclamation HR3525 was granted with an Executive Order 13798 under

Commissioner File No.: 110185, entered 03/20/20.  All prior cases are joined in

the US Courts, located at 700 Pennsylvania Ave., NW Washington, DC 20408

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

(866) 272-6272.

 The Report of Conservator, the Report of Examiner, and the Archived Case file

with an Declination Report is stated in the case from all parties involved. The

Special Notation on the case is that, the reports can only be found in filed Case

No.: 01- ADM-46514310, filed 12/21/2015, 02-ADM- 46514310, filed

12/11/2015and Case No.: 15-ADM- 46514310, filed 12/24/2015. All Social

Workers, Guardianships and Child Placement Services has been exhausted.

These cases must be reviewed through the Office of Defense & Military

Operations only.

Actual Acquistions were presented before the courts and rewarded in all matters


and an Remand given to the Plaintiff in the matter in which the Defendant was

asked after the Plaintiff relieved itself of all governance related Guardianship for

NSA/ CGBR#650564                                    Meredith Mcglown
                                                    Appl.# 650564
                                                    1205 Thomas St. # E27
                                                    Seattle, WA 98109-5959
                                                    (206)373-1549 (cell)

United States                    District Court of Western                    Washington

the United States, that China had, to show proof to the courts of its ownership of

any corporate ownership, Acquisitions and Actuary of Land Parcel.  In the matter

of Meredith Mcglown Vs the United States of America, the Plaintiff showed

proof of US Actuary, has kept up to date registrations, showed ownership of

corporate businesses and all PTIN/ and EIN numbers belonging to her and her

Actuary of Governance.

The Plaintiff included in its original filing of this civil matter some exhibits

showing her corporate identity, corporate structure and her current business

status, local filings and requested information from the Defendant.

The Defendant has failed to respond even to the fact of having possession of her


Commissioned Seals from Bank of America. Seals that were granted per an

Supreme Court procedure since 1998 by Judge Gao Liu.

NSA/ CGBR#650564                                         Meredith Mcglown
                                                        Appl.# 650564
                                                        1205 Thomas St. # E27
                                                        Seattle, WA 98109-5959
                                                        (206)373-1549 (cell)

United States                          District Court of Western                          Washington

The Defendant took it upon itself to use the Ambassadorship Commissions of the

Plaintiff to delude the law, the public, and to participant in the attempted

assassination of the William Clinton & the reelected Barak Obama.

 After the Matter of E-M, 20 I & N Declaration 77 under ID 500766869, the

Defendant signed an Executive Order with the Entrust Derived Credential Office,

located at 1187 Place Shakopie, MN 55379 (952) 933- 1223, for the releasure of

all Personal Asseture Property of the Plaintiff and to have an Truce with the Nation

of Isarel, as Korea being it's acting Liaison, Mediator and Guardian AD Litem.

Korea had been training for the event of an Political Overthrow since October 25th,

2010, and took the position with an clause for the recovery of the Asian Heads of

NSA/ CGBR#650564                                          Meredith Mcglown
                                                          Appl.# 650564
                                                          1205 Thomas St. # E27
                                                          Seattle, WA 98109-5959
                                                          (206)373-1549 (cell)

State.

Internal Conflict broke out and an Compellment Order by Magistrate Xinhua

Hwang, was setforth in the US Federal Appellant Court of San Francisco, Ca,

Dr. Jerome H. Powell, asked for an full investigation of the Dictator of Korea, and

China and all Underlying Islands. The State Councilors of China were found

guilty of being in possession of narcotics, orchestrating an riot and threatening

Civil Personnel. At this point it is unclear who assisted with the rape of the

Emirates of Israel from the Extremist Group of Ex- President Al Gore, but the

participants were apart of the previous cases. Sun Chian, Embassy Registrar #

050570218 was granted an temporary recommission of licensure when tampering

in this matter and all related matters of Admiralty of civil divisional filing was

done since 2016, after the attempt on the Emirates Meredith McGlown's life once

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

relocated to Seattle, WA under the Department of Defense WITSEC Program.

Mr. Ochoa was accused of molesting his granddaughter, the granddaughter of the

Asian Chinese dynasty Mei Lin and his son was found guilty of raping the

Emirates.

The fact of some of the personnel being extorted from an convicted felon in the

Fonickey, Cerna, and Abilla matter related to Mr. Al Gore was an important

factor in the attempted murders, actual sodomy on the Federal Civil Personnel

hired to take residence & Civil positions in the restricted area of Washington State

that occurred with the Plaintiff. The Plaintiff had been to court with each party of

the World Federation Council in an attempt to reconcile their difference and divide

their proceeds, as well as their actual claims with each other from an living will be

granted by the Office of Comptroller of Currency – Master Auditors Case

Management. During the reading there were provisional procurements granted to

NSA/ CGBR#650564                                        Meredith Mcglown
                                                        Appl.# 650564
                                                        1205 Thomas St. # E27
                                                        Seattle, WA 98109-5959
                                                        (206)373-1549 (cell)

United States                    District Court of Western                    Washington

certain parties and provisional procurements taken away from certain parties

because of their acts of religious beliefs, stealing from another Actuary of Israel

and the direct attempt to sabotage their businesses of operations. Due to the fact of

the Actuary having left those provisions to be discussed with the Plaintiff in

relation to the other Ambassadors of various nations, she was sought to disfigure,

steal her identity and to penalize. After her identity was stolen, after being stuck

with a needle of chloroform, she then was given menstrual blood through an

African Safari app, while in residence at the assigned Hammond House, located on

Aurora Avenue, in Shoreline, WA. The Assistant Director of Classified

Operations, Ms. Donnelly, from the Department of Defense Social Services

Division helped and assisted the Plaintiff with most of the Estate Planning that

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                              District Court of Western                              Washington

needed to occur.

Both in regards to herself and in regard to the members of the World Federation

Council Organization. An PCT Assembly for Understanding with an Effect &

Cause Law had already been submitted to the Emirates on the 11th of October,

2017.

The Emirates was in no obligation to hire any of the parties, grant ownership of

any of the Acquisitions bought from the Korean Ambassador for her own

Personal Estate planning or to share any of her proceeds from corporate business

Endeavors.

90% of the titlements granted from Mr. Ochoa to the Emirates was in fact apart of

her inherited estate from her mother. Document PCT/A/46/6 is on file under

Estate Trust # E97- 09066-KAO, which includes the Plaintiff Washington Swap

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

Reit Block HS Bill 6214. All receipts for the Swap were receipted by the

Incumbent Chairperson Jerome H. Powell & the Office of Comptroller of Currency

Probate Division. The Centralized file, which is registered under registration, was

signed by GAO 13551452. This included the Tax Parcel Registration No.:

1426004IDD34383, which had an personal hired Attorney and an Transfer Agent

assigned to it. None of the Acquisitions that belong to the Emirates were granted

after the IRS Audit and the business of the Emirates was associated with an Drug

Cartel, which had been rectified in a court procedure that the Emirates was not in

affiliation with the Drug Cartel. In fact, the Emirates had testified against such

organizations and had all her businesses registered under her own Duns Numbers.

During the ordeal of extortion and unauthorized corporate CEEO permissions, the

Emirates (Plaintiff) decided to liquidate all shareholdings in the countries that were

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                District Court of Western                    Washington

involved in the extortion. This move allowed for all her

commissions to be registered with the SEC Board of Directors and for her to

make executive decisions based upon performance and the effectiveness of the

products being sold both publicly and worldwide. She closed several businesses in

several countries and had her assets placed in an Escrowed Account and then

relocated to Seattle, WA. She did not take on Korea as an business partner, nor any

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

her country, in fact she did the opposite and asked for their resignation in her

corporate businesses both in America and in their Land Parcel. She operated from

an space vessel outside the globe which is still in position there.

 As the acting head of her own business, she decided to grant permission for the

United States to act in its own defense against the terrorist acts that were

occurring throughout the country and to apprehend the perp that was stealing the

municipal shares of the United States Municipal Acquisitions. Those shares were

sold in some legal deals when the perp asked for the most ridiculous of things and

those items could not be granted such as an F150 Bomber Fighter Jet from the

Pentagon.

In an deal with the United States after court marshalling them for allowing an

known drug organization to use her land & tax parcel's she was awarded an

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

Temporary Restraining Order and discontinued the work first program granted to

The Federal Civil workers for income. This event was not new to all parties

because Korea was growing marijuana in the fields of the Plaintiff with Jamaicia

as an business partner.

The Registration number for the SEC Edgar Acquisitions that were liquidated on

the NYSE, Nasdaq and the several other stock brokerage firms is 2006133. After

arriving here and the Defendants and their community being angry at the Judges

outcome, we were assaulted by means of robotic anal penetration, oral sodomy

and disfigurement. Our assets vouchers erased out of the Washington State

database system, my corporate office takeover with them as CEO's & Vice –

Presidents and then they were employed in the court rooms. The cases were

tampered, and I lost trillions of dollars due to their assault & terrorist acts upon my

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

person. Their accessing my confidential file, their sabotaging my daily operations

of bill payments for services and their tampering with and infecting my food

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                     District Court of Western                     Washington

supply.

The Plaintiff submitted Exhibit Medical Endoscopy, which showed the actual

image of the penis they had inserted in her anus through imagery, science and

the actual hosting with her persons, on 06/20/23. The Plaintiff has lymphatic leu-

kemia since childhood and has had several surgeries and multiple Ultrasounds.

She was sought to breed an dog, an mice, an snake, a bat and an syphilis carrying

man. She tested positive on 03/16/2017, after her assault here for treponemal,

HSV 2 which are all lifelong uncurable diseases. The non-reactive test indicated

there was something there. Since the endoscopy she requested from her Primary

doctor that another procedure be done after viewing fluid and some attached

specimens in her rectum from the endoscopy. The day of the Endoscopy the

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

Defendant and its community were present as Ambassador Patient Transporters,

Physicians and Surgical Anesthesiologist. Lab results revealed an high volume of

sodium nitrate with an trace of Ketone in it. Potassium Sodium Chloride was

found in her uterus on one of the lab results taken between the period of 2016-

2023. Treponemal originates in Taiwan. There are only a few cases of it. It

survives in an cold atmosphere and is used in China as an birthing technique. The

same trace material found in Sacramento, Ca after trial was found in the Plaintiff's

Uterus in two other lab collection times. Import & export rights were taken from

the Defendant in the previous cases so the fact of the ex- administration having an

motive for an retaliation factor after signing an Proclamation with President

Ronald Regan is very likely in this case. Another factor of this case is that table

salt does not turn up sodium results with an patient that has an level of Ph that is

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                          District Court of Western                          Washington

at level 6 or greater. Water filters it out. The lab results are conclusive per the

Department of Homeland Security and the factor is that they tried to enslave,

murder and extort the Plaintiff for her corporate business & the registered

commissions that she has on file with the United States of America, because they

were restricted, and the area was not granted to them. The clone host was bathed

in hyaline solution which is noted on the lab results. The lab results stated that the

epilateral was squamous when the Plaintiff has an bilateral uterus. The Plaintiff

has been menopausal since 2010, soft fragmented pieces of what was described

as muchohemmorrahic material was noted by Nan Ping Wang on 12/19/2016. The

plaintiff's WitSEC (Witness Protection) Program Participant CIA number is also

noted on the lab result that was taken 12/16/2016, under case S16-131132 with

pathology report # S16-131132. The Plaintiff was sentenced by the community of

NSA/ CGBR#650564                                    Meredith Mcglown
                                                   Appl.# 650564
                                                   1205 Thomas St. # E27
                                                   Seattle, WA 98109-5959
                                                   (206)373-1549 (cell)

United States                    District Court of Western                         Washington

the Northwest Community Dictator as a means for her own protection and

reported that she was at risk and the United States failed to protect her. Her

assigned CIA number with WITSEC is 50D1067441-LLC50d1004055. She is an

endangered species and has an Welfare & Human Rights Reform Declaration

written in the Congressional House of Representatives. The Atrophic surface of her

uterus has been displayed above on her head. This is the clone's uterus not the

Plaintiff's uterus. It can only be viewed fragmentedly and the fact of the

community wanting it to be lowered for whatever purposes does not justify illegal

actions that both the justice department and the medical board has displayed as

medical practice for the community of Isarel. As an Actuary it cost trillions of

dollars to afford the life support system in which Plaintiff owns and has an right to

deny anyone the actual access to it. The system was ruined when the community &

its co-defendants decided to access it and to clone themselves to animals in hope of

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                District Court of Western                Washington

obtaining the Actuary bodies of those residing in her vessels and in the Actuary

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                    District Court of Western                    Washington

land of Isarel.

She has an very deadly strain of HEP B and has tested positive after the attack on

her persons from the Defendants and their co- defendants which are the ex-

administration of the Unted States of America. Urinysis ordered on 02/13/2017

revealed an rare bacteria in her urine. She has not medically been treated or given

any clarity on any of the baterias or antibody negative test results. HEP viruses

tested positive for non-antibodies on 02/13/2017. Differential variations of

measurement of her uterus was noted on several test results as well and the fact of

her filing that someone else was coming into her residence, the presence of those

who were not to be in association with her walking around and the fact of her

having her items stolen and the ex- personnel of the Al Gore Administration

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                          District Court of Western                          Washington

being constantly in her presence is enough to warrant that the extra sizes and the

different sizes of the uterus could be in fact someone else's and granted to her in

her lab results. The fact of Mutiple chemical processes being used to ward off the

filth that they put into her unit through the GPS system, the fact of her tasting the

fluids, the fact of her actually having evident proof of the chemicals in the area

through the DOH reports and the fact of the community members having prior

cases for such behavior can be ruled as being an fact that an chemical compound

was used on the Plaintiff and that fact is in her test results. People she does not

know nor did she hire working at her corporations and having access to her

Merchant accounts and the taxes not being paid, and tax warrants being sent out

for permanent closure. 256 kilos of pure opium was filtered through her AIG life

Support System. Our globe blew up and the act of having an administrational

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

presence that claims to be of the people politically does not show in clarity of

actions in front of this court. What is showing are ids, the fact of an deliberate

attack and then an enslavement tactic that went sour and lasted for several years

and the law is not doing anything about it. What shows is the rape, the sodomy,

the chemical warfare and the corporate neglect of those who wanted to be apart of

her community and had been relieved of duty through the prior years. The

Espionage is not going away; it is an attempt to steal US Intel and an attempt to

silence the fact of the Emirates having direct knowledge of the actions of those

responsible.

To cut my throat in front of the public, have my bodies in the morgue and then to

not answer an court summons is an direct sign that they are avoiding something

and have done something wrong when they speak plain English. The courts have

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

United States                          District Court of Western                          Washington

not been overthrown just tampered with but it's real easy to see that at first set it

was only the cases that the plaintiff was directly involved with rather commerce

or foreign or domestic from an situation that she knew to get out of. The

ignorance that was so silent while the children were molested came to the forefront

of the court bench. Some of those benches had participated in the acts of child

molestation so it's a group policy that has taken precedence not an Judicial ruling

within the law of America and its court rules. I would like to get the full value of

reward from the Nation of the Northwest Pacific Islands in this matter. I ask the

court to grant $256 Zillion in this matter. I ask that the documents be prepared for

Supreme Court and that the Community is restrained from attendance in all matters

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)

related to myself and those registered as an attendance Actuary of my community.

We do not have to work side by side with child molester, rapist and extortionist. I

ask that all medical repairment to my actual body be paid for by Asia's People

Republic Et. Al, this includes specialty of service to be done by attending

physicians of Islamic origin as well. In the last case they requested to do the work

themselves and that request was denied, and I hope this court can see why that

would not be an good decision on my behalf. I have filed in the State of

Washington for all foreign entity trade so Commerce to be done with myself the

Principal Owner of Al Ahmadayyia Foundation Group, LLC., should be sent to

the Principal Owner, I have filed in the State of Washington that all amended

paperwork be granted for the professional organization of record; I ask that this

court so notes that and that all record receipts be sent to the address listed in

NSA/ CGBR#650564                                    Meredith Mcglown
                                                    Appl.# 650564
                                                    1205 Thomas St. # E27
                                                    Seattle, WA 98109-5959
                                                    (206)373-1549 (cell)

United States                     District Court of Western                     Washington

relation to the persons and personal/private, business owned and escrowed

Property of Merdith Mcglown. Thank You for hearing me!

"Dated this 13th Day of October, 2023"

"Presented by: Meredith Mcglown CGBR # 650564"

United States District Judges

_____

NSA/ CGBR#650564

Meredith Mcglown
Appl.# 650564
1205 Thomas St. # E27
Seattle, WA 98109-5959
(206)373-1549 (cell)